# Exhibit A

| ↻ Reply all | ∨ | 🗑 Delete | Junk | ∨ | ⋯ | | | ✕ |
|---|---|---|---|---|---|---|---|---|

# FW: FW: Coronavirus Planning

 **David Patton**      ↻ Reply all | ∨
Tue 3/10, 8:44 AM
FD_BOP_All <FD_BOP_All@kaplanhecker.com>; Deirdre Vondornum ⌄

Inbox

    Label: Purge Old Mail (20 years) Expires: 3/5/2040 9:44 AM

A response!

---

**From:** Holly Pratesi <hpratesi@bop.gov>
**Sent:** Monday, March 09, 2020 5:42 PM
**To:** David Patton <David_Patton@fd.org>
**Subject:** Re: FW: Coronavirus Planning

Good afternoon,

I understand you sent the below email to Associate Warden Cruz. Your email has also been provided to the remainder of the executive staff for consideration.

Thank you,
Holly

-------- Original message --------
From: David Patton <David_Patton@fd.org>
Date: 3/8/20 1:46 PM (GMT-05:00)
To: Andy Cruz <a1cruz@bop.gov>, Nicole McFarland <nmcfarland@bop.gov>
Cc: Deirdre Vondornum <Deirdre_Vondornum@fd.org>, Jennifer Brown <Jennifer_Brown@fd.org>
Subject: Coronavirus Planning

&gt;&gt;&gt; "David Patton" 03/08/2020 13:46 &gt;&gt;&gt;
Nicole and Andy,

I'm asking that you make public the MCC and MDC plans and policies for preventing a coronavirus outbreak and responding to detained people who contract coronavirus.  Let us know your availability to discuss the issues.  We believe that at a minimum, those plans and policies should include:

1.      A comprehensive testing protocol;

2.      Much greater precautionary measures with respect to sanitation and hygiene, including frequent cleaning, ready availability of soap, and tissues (the opposite of what is occurring at the MCC right now);

3.      A provision for quarantining anyone who tests positive for the coronavirus at a hospital, not at the jail;

 

| Reply all | ⌄ | 🗑 Delete | Junk | ⌄ | ⋯ |

5. Coordination with the Courts and U.S. Attorneys' Offices to ensure that only in extraordinary circumstances should any new arrestee be detained at the jails, and no one should be admitted without testing.

Thanks,
David