UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR FERNANDEZ-RODRIGUEZ,
ROBER GALVEZ-CHIMBO,
SHARON HATCHER, JONATHAN
MEDINA, *and* JAMES WOODSON,
*individually and on behalf of all others similarly situated*,

                Petitioners,

– *against* –

MARTI LICON-VITALE, *in her official capacity as Warden of the Metropolitan Correctional Center*,

                Respondent.

**ORDER**

20 Civ. 3315 (ER)

RAMOS, D.J.:

      The Court is in receipt of the petitioners' Proposed Order to Show Cause and Temporary Restraining Order, Doc. 4. The parties are directed to appear for a teleconference to consider the proposed temporary restraining order tomorrow, April 29, 2020, at 1:00 p.m. The parties may dial (877) 411-9748 and enter access code 302 9857 at that time. The petitioners are directed to serve a copy of this Order on the Office of the U.S. Attorney for the Southern District of New York via electronic mail by 6:00 p.m. today, April 28, 2020.

It is SO ORDERED.

Dated:    April 28, 2020
              New York, New York

                                        EDGARDO RAMOS, U.S.D.J.