UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR FERNANDEZ-RODRIGUEZ,
ROBER GALVEZ-CHIMBO,
SHARON HATCHER, JONATHAN
MEDINA, *and* JAMES WOODSON,
*individually and on behalf of all others similarly situated*,

      Petitioners,

– *against* –

MARTI LICON-VITALE, *in her official capacity as Warden of the Metropolitan Correctional Center*,

      Respondent.

**ORDER**

20 Civ. 3315 (ER)

RAMOS, D.J.:

  As stated on the record at the April 29, 2020 hearing, the parties are directed to appear for a status teleconference on Monday, May 4, 2020 at 1:00 p.m. The parties may dial (877) 411-9748 and enter access code 302 9857 at that time.

It is SO ORDERED.

Dated: May 1, 2020
    New York, New York

                EDGARDO RAMOS, U.S.D.J.