UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CESAR FERNANDEZ-RODRIGUEZ, ROBER
GALVEZ-CHIMBO, SHARON HATCHER,
JONATHAN MEDINA, and JAMES WOODSON,
individually and on behalf of all others similarly
situated,

                   Petitioners,

            -v.-

MARTI LICON-VITALE, in her official capacity
as Warden of the Metropolitan Correctional Center,

                 Respondent.

No. 20 Civ. 3315 (ER)

**NOTICE OF VOLUNTARY
DISMISSAL OF PETITIONER
JONATHAN MEDINA
PURSUANT TO RULE
41(a)(1)(A)(i)**

---

      Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Petitioner Jonathan Medina does hereby withdraw as a class representative in this

action, and voluntarily dismisses, without prejudice, his claims asserted against Respondent.

This notice is without prejudice to the claims asserted by the other Petitioners in this action on

behalf of themselves and the putative class.

Dated: May 18, 2020

*Andrew A Ruffino*
_____
Arlo Devlin-Brown
Andrew A. Ruffino
Alan Vinegrad
Timothy C. Sprague
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, N.Y. 10018
Phone: (212) 841-1000
Email: adevlin-brown@cov.com

*Counsel to Petitioners*

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: May. 18, 2020
New York, New York