# MEMO ENDORSED

## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

By ECF

May 26, 2020

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Fernandez-Rodriguez et al. v. Licon-Vitale*, No. 20 Civ. 3315 (ER)

Dear Judge Ramos:

This firm is counsel to Petitioners in this action. I write pursuant to paragraph I.A of Your Honor's Individual Practices and Section 6 of the Court's ECF Rules and Instructions concerning Petitioners' Motion for a Preliminary Injunction, which is due to be filed later today.

As an initial matter, given the complexity of the issues presented, Petitioners respectfully request leave to file a memorandum of law of up to 30 pages. The Government consents to this request.

In addition, Petitioners' papers will include certain discovery documents relating to prison operations that the Government has designated as Protected Information under the Protective Order in this case (ECF No. 29). We respectfully request that the Court permit us to file the materials in question, which will include photographs and potentially internal memos and policy documents, under seal. *See, e.g., Richards v. Cox*, 2019 WL 2518110, *1 (D. Nev. June 18, 2019) (permitting sealing of certain internal documents concerning prison operations); *Clark v. U.S.*, 2012 WL 13072110, *1 (N.D. Ga. May 17, 2012) (permitting sealing of certain BOP policy documents).

Pursuant to Rules 6.4 and 18.1 of the Court's ECF Rules and Instructions, our understanding is that, upon entry of a sealing order, we ordinarily would be required to deliver an envelope containing paper copies of this letter and the proposed-to-be-sealed documents to the court's depository box located in the lobby of the 500 Pearl Street courthouse. We would be grateful if Your Honor would consider obviating such a submission by ordering that Petitioners may file the materials under seal electronically through the ECF system or by email delivery to chambers.

Respectfully submitted,

s/ *Arlo Devlin-Brown*

---

The application is GRANTED. The petitioners may file a memorandum of law of up to 30 pages. The petitioners may also file discovery documents designated as Protected Information under seal. The petitioners are directed to do so via ECF and need not do so via physical delivery.

Edgardo Ramos, U.S.D.J
Dated: May. 26, 2020
New York, New York