UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR FERNANDEZ-RODRIGUEZ; ROBER GALVEZ-CHIMBO; SHARON HATCHER; JONATHAN MEDINA; and JAMES WOODSON, individually and on behalf of all others similarly situated, <br><br>　　　　　　　　　Petitioners, <br><br>　　　　　　-against- <br><br>WARDEN MARTI LICON-VITALE, <br><br>　　　　　　　　　Respondent. | No. 20 Civ. 3315 (ER) <br><br>**DECLARATION OF ISHITA KALA** |

ISHITA KALA declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Covington & Burling LLP, counsel to the Petitioners in this action. I am submitting this declaration to put documents before the Court in connection with Petitioners' motion for a Preliminary Injunction in this case. This declaration is based on my personal knowledge and on information and documents in the possession of my firm.

2. Attached hereto as Exhibits are true and correct copies of the following discovery materials in this action, which are referred to in the accompanying papers in support on Petitioners' motion:

| Ex. | Date | Document / Description |
|---|---|---|
| 1. | May 20, 2020 | Deposition transcript of Dr. Robert Beaudouin (excerpts) |
| 2. | May 20, 2020 | Deposition transcript of Charisma Edge (excerpts) |
| 3. | May 19, 2020 | Deposition transcript of Cesar Fernandez-Rodriguez (excerpts) |
| 4. | May 19, 2020 | Deposition transcript of Rober Galvez-Chimbo (excerpts) |

| Ex. | Date | Document / Description |
|---|---|---|
| 5. | May 19, 2020 | Deposition transcript of Sharon Hatcher (excerpts) |
| 6. | May 22, 2020 | Deposition transcript of Robert Hazlewood (excerpts) |
| 7. | May 21, 2020 | Deposition transcript of Marti Licon-Vitale (excerpts) |
| 8. | May 21, 2020 | Deposition transcript of Nicholas Sucich (excerpts) |
| 9. | May 19, 2020 | Deposition transcript of James Woodson (excerpts) |
| 10. | May 13, 2020 | Photograph taken during MCC inspection visit – dormitory on 11 South<br><br>This exhibit is being filed under seal. |
| 11. | May 13, 2020 | Photograph taken during MCC inspection visit – dormitory on 11 South<br><br>This exhibit is being filed under seal. |
| 12. | May 13, 2020 | Photograph taken during MCC inspection visit – sink on 11 South<br><br>This exhibit is being filed under seal. |
| 13. | May 13, 2020 | Photograph taken during MCC inspection visit – cockroach caught in a trap on 11 South<br><br>This exhibit is being filed under seal. |
| 14. | May 13, 2020 | Photograph taken during MCC inspection visit – empty cell in the Solitary Housing Unit<br><br>This exhibit is being filed under seal. |
| 15. | May 13, 2020 | Photograph taken during MCC inspection visit – empty cell in the Solitary Housing Unit<br><br>This exhibit is being filed under seal. |
| 16. | May 13, 2020 | Photograph taken during MCC inspection visit – telephone on 11 South<br><br>This exhibit is being filed under seal. |
| 17. | May 13, 2020 | Photograph taken during MCC inspection visit – computers in the Women's Unit<br><br>This exhibit is being filed under seal. |

| Ex. | Date | Document / Description |
|---|---|---|
| 18. | May 13, 2020 | Photograph taken during MCC inspection visit – trash receptacle and disinfectant solution on the Women's Unit<br><br>This exhibit is being filed under seal. |
| 19. | May 13, 2020 | Photograph taken during MCC inspection visit – computer terminal and rag<br><br>This exhibit is being filed under seal. |
| 20. | Mar. 23, 2020 | *Interim Guidance on Management of Coronavirus Disease (COVID-19) in Correctional and Detention Facilities*, CDC (Mar. 23, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html, Bates MCC PET 0000615 |
| 21. | Mar. 26, 2020 | Memorandum For Director of Prisons re Prioritization of Home Confinement As Appropriate in Response to COVID-19 Pandemic, Office of the Attorney General, Washington, D.C., Bates MCC PET 0000644 |
| 22. | Apr. 3, 2020 | Memorandum For Director of Bureau of Prisons re Increasing Use of Home Confinement at Institutions Most Affected by COVID-19, Office of the Attorney General, Washington, D.C., Bates MCC PET 0000641 |
| 23. | May 26, 2020 | Letter to Honorable Roslynn R. Mauskopf re: Administrative Order No. 2020-14 |
| 24. | Feb. 29, 2020 | Memorandum from Jeffery D. Allen re: Guidance Update for Coronavirus Disease 2019 (COVID-19), BOP, Bates MCC 1726 |
| 25. | May 15, 2020 | Respondent's Responses and Objections to Petitioners' First Set of Interrogatories |
| 26. | Mar. 25, 2020 | Memorandum from M. Licon-Vitale re: Positive Staff Case, Bates MCC 0115 |
| 27. | May 12, 2020 | Excerpt from compilation of emails sent to the Associate Warden Operations mailbox, Bates MCC 1131 |
| 28. | May 13, 2020 | Excerpt from compilation of emails sent to the Executive Assistant mailbox, Bates MCC 1149 |

| Ex. | Date | Document / Description |
|---|---|---|
| 29. | May 13, 2020 | Excerpt from compilation of emails sent to the Unit Team 9/11 mailbox, Bates MCC 1173 |
| 30. | May 13, 2020 | Excerpt from compilation of emails sent to the Unit Team 5/7 mailbox, Bates MCC 1165 |
| 31. | May 13, 2020 | Excerpt from compilation of emails sent to the Warden mailbox, Bates MCC 1178, 1185-86 |
| 32. | May 15, 2020 | Quarantine Isolation Flowsheet produced in response to Petitioners' Interrogatories 1 and 2, Bates MCC 0197 |
| 33. | Apr. 22, 2020 | Memorandum from Andre Matevousia re: Home Confinement, BOP, Bates MCC 1747 |
| 34. | Apr. 15, 2020 | Memorandum from David Brewer re: Furlough and Home Confinement Additional Guidance, BOP, Bates MCC 1914 |
| 35. | [undated] | Email from Charisma Edge re: Return to Unit Team, Bates MCC 2892 |
| 36. | May 13, 2020 | Compilation of emails sent to and from the Sick Call mailbox, Bates MCC 0201 |
| 37. | March 1, 2020 - May 15, 2020 | Bureau of Prisons Health Services Activities Report, Bates MCC 1979 |
| 38. | Apr. 3, 2020 | Memorandum from Andre Matevousia re: Home Confinement, BOP, Bates MCC 1716 |
| 39. | May 8, 2020 | Memorandum from Andre Matevousia re: Home Confinement, BOP, Bates MCC 1920 |
| 40. | May 15, 2020 | Table of Inmate Requests for Compassionate Release, MCC 1923 |
| 41. | [undated] | Compilation of rosters used for COVID-19 screening for inmates<br><br>This exhibit is being filed under seal. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Waterford, Connecticut this 26th day of May 2020.

_____
Ishita Kala