# EXHIBIT 1

Page 1

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  No. 20 Civ. 3315 (ER)

4  --------------------------------x

5  CESAR FERNANDEZ-RODRIGUEZ, ROBER

6  GALVEZ-CHIMBO, SHARON HATCHER,

7  JONATHAN MEDINA, and JAMES WOODSON,

8  Individually and on behalf of all

9  others similarly Situated,

10                    Petitioners,

11             vs.

12  MARTI LICON-VITALE, in her official

13  capacity as Warden of the Metropolitan

14  Correctional Center,

15                    Respondent.

16  ------------------------------------x

17

18         VIDEO DEPOSITION OF

19         DR. ROBERT BEAUDOUIN

20            May 20, 2020

21

22

23  Reported by:

24  ERICA L. RUGGIERI, RPR

25

```
 1              DR. ROBERT BEAUDOUIN
 2      coverage.  So this doesn't
 3      essentially apply to us because we
 4      don't have -- we don't have 24-hour
 5      coverage.
 6          Q.   Under the heading Purpose,
 7      do you see the text there?
 8          A.   Yes.
 9          Q.   Is the purpose of this
10      document to provide guidance on
11      setting up an infirmary for COVID-19
12      patients at an institution without
13      an on-site infirmary?
14          A.   Yes.  But we don't have the
15      capacity to set up an infirmary.
16          Q.   So has the MCC created any
17      sort of on-site infirmary to deal
18      with the COVID-19 pandemic?
19          A.   No.
20          Q.   And you mentioned that this
21      document -- please go ahead.
22          A.   Okay.  The infirmary would
23      mean that we would need 24-hour
24      coverage.  We don't have the
25      capacity to provide 24-hour
```

```
                                         Page 63
 1                DR. ROBERT BEAUDOUIN
 2      not apply.  Of course there are
 3      certain things that not only
 4      specific to something as specific to
 5      isolation we will follow them but we
 6      do not have an infirmary to do the
 7      isolation infirmary -- to follow the
 8      isolation infirmary guidance.
 9          Q.    But the MCC is putting
10      individuals with suspected or
11      confirmed COVID-19 in isolation?
12          A.    Yes.
13          Q.    But it does not have the
14      resources to follow this infirmary
15      isolation guidance?
16          A.    Yes -- no, we don't have
17      the resources to do it.
18          Q.    Do you recall a time
19      earlier this year when the MCC was
20      on lockdown due to a weapon being
21      brought into the facility?
22          A.    Yes.
23          Q.    Do you recall around when
24      that was?
25          A.    I believe it was in
```

Page 66

1              DR. ROBERT BEAUDOUIN

2       BOP, Bates MCC 1726, marked for

3        identification, as of this date.)

4         Q.   This is a memo issued by

5     the BOP dated February 29, 2020,

6     concerning COVID-19 guidance, Bates

7     number MCC 1726.

8            So Mr. Beaudouin, you

9     established you are familiar with

10    this guidance?

11        A.   Yes.

12        Q.   And this is a memo that the

13    BOP circulated about preparation

14    that federal prison facilities

15    should be taking for COVID-19?

16        A.   Yes.

17        Q.   Do you recall when you

18    first became aware of this memo?

19        A.   No.  But I would say after

20    the memo was sent to the staff -- I

21    think the memo was sent to the -- it

22    just general agency and then he sent

23    it to me and our HSA, I think that

24    is around the time that I became

25    aware of it.

1          DR. ROBERT BEAUDOUIN

2          Q.    Would you say that was

3     around February 29th?

4          A.    Probably around the time.

5     Probably not too far after that I

6     would say.

7          Q.    Do you understand that in

8     this memorandum the BOP was making

9     recommendations about procedures

10    such as screening inmates?

11         A.    Yes.

12         Q.    Do you understand that

13    around this time the BOP was making

14    recommendations about establishing

15    baseline PPE supplies?

16         A.    Yes.

17         Q.    Are you familiar with a

18    pandemic influenza plan that was

19    established in 2012?

20         A.    I could -- I can say I know

21    they asked us to review it but I

22    didn't review it -- we didn't review

23    it.  We read it -- we read it but

24    it's not like we read it like study

25    it.  So we essentially know that

Page 81

1                DR. ROBERT BEAUDOUIN
2        COVID-19?
3              A.   Yes.
4              Q.   Do you remember when that
5        happened?
6              A.   I don't remember exactly
7        when that happened, no.
8              Q.   Would you say that was also
9        around the end of March?
10             A.   Yes.
11             Q.   Were you involved with the
12       discussions about this?
13             A.   Yes.
14             Q.   Who else was involved in
15       these discussions?
16             A.   I think -- I think the BOP
17       warden Mr. McFarland either asked
18       for us to develop a list or it could
19       have been the HSA or the AW or the
20       warden.  I know that there was a
21       need to develop that list because
22       the CDC had a list of people would
23       be at higher risk of infection or
24       severe illness from COVID-19.
25             Q.   So you think some assistant

```
 1              DR. ROBERT BEAUDOUIN
 2       diagnosis too.  VEMA, V-E-M-A.  I'm
 3       sorry for my accent, I have been
 4       working on it for a while.
 5            Q.   There's no need to
 6       apologize for that.
 7              Is it your understanding that
 8       everyone you recommended to be on
 9       the list was included in the final
10       list of vulnerable inmates?
11            A.   I don't know because I
12       didn't see the list and I didn't
13       collect the information so I don't
14       know.
15            Q.   Did you ever add more
16       inmates to this list?
17            A.   I don't think so.
18            Q.   Do you know what steps were
19       taken to protect the inmates you
20       identified as most vulnerable?
21            A.   Well, the inmates -- I
22       think -- I think most of inmates
23       were more serious medical condition,
24       housed in 11 South.  So we know if
25       we get a call from 11 South, it
```

1              DR. ROBERT BEAUDOUIN

2        could be an inmate with a serious

3        medical condition.  Not that there

4        are no other inmates with other

5        serious illness or serious medical

6        condition that cannot be in another

7        unit but 11 South had more inmates

8        with medical condition there.

9             Q.   Do you know if that just

10       happened to be the case or if

11       inmates were moved to 11 South?

12            A.   I think at some point

13       inmates were moved to 11 South.  And

14       that was -- I think that was even

15       before -- before COVID-19.

16            Q.   Before COVID-19 you think

17       the vulnerable inmates were moved to

18       11 South?

19            A.   Right.  I think so.

20            Q.   Were you involved in the

21       decision to move them?

22            A.   No.

23            Q.   Do you know who made that

24       decision?

25            A.   I think it was done at the

1           DR. ROBERT BEAUDOUIN

2      symptom so every staff member know

3      if they have symptoms what to do and

4      everybody essentially know.

5           Q.   Do the staff members know

6      what to do if they have had exposure

7      to someone with symptoms?

8           A.   Yes.

9           Q.   And what are the --

10          A.   In general, if you have

11     exposure to someone who has they

12     should call human resources say they

13     have exposure and then human

14     resources will tell them what the

15     CDC recommend or the BOP recommends

16     is to go in quarantine for 14 days

17     and you may need to talk to your

18     doctor.  At the beginning quarantine

19     was what was recommended, not being

20     tested, unless you are sick enough

21     to go to the hospital and think --

22     and you are going to be admitted,

23     you are not going to be tested.

24     They would say stay in quarantine

25     for 14 days and see how your

Page 103

1           DR. ROBERT BEAUDOUIN

2    symptoms are and then you could

3    report later.  Essentially you had

4    to still talk to your doctor.

5           Q.   Were you ever personally

6    involved with conducting new

7    screenings?

8           A.   I am not sure.  I may have.

9    I don't think.  I'm not sure really.

10   You know, different staff member in

11   the medical were doing it.  I am not

12   sure I did.  I may have but I can't

13   remember exactly right now.

14          Q.   Is it your understanding

15   that when they are conducting the

16   screening they ask -- they follow

17   this form?

18          A.   Yes.  You have to check yes

19   or no on this form.  So yes, they do

20   it.

21          Q.   So what happens when a

22   staff member shows symptoms?

23          A.   Okay.  They would follow

24   the recommendation.  Contact -- if

25   they have symptom, they contact the

Page 117

                    DR. ROBERT BEAUDOUIN

1

2          Q.    Any additional staff tested

3     positive since May 13th?

4          A.    I don't know.

5          Q.    Are you informed when a

6     staff member tests positive?

7          A.    So actually I spoke with

8     the human resource manager.  He told

9     me for the past two weeks there were

10    no positive tests.  So that's a

11    correction.

12         Q.    Are you informed when a

13    staff member tests positive?

14         A.    I wasn't being informed

15    regularly.  At first the AW, I

16    think, was contacting the HSA to do

17    the contact investigation.  And then

18    after the HSA got sick and she was

19    contacting me, but I think she

20    contacted me like three or four

21    times to do some contact

22    investigation but from the chart

23    there are many more staff that

24    needed some contact investigation

25    who tested positive.  But what we

```
 1              DR. ROBERT BEAUDOUIN
 2      are doing now is that the human
 3      resource manager is sending me this
 4      form so I also told him that if
 5      anybody tests positive, he needs to
 6      let me know or let the assistant HSA
 7      know so we can do -- for him to
 8      provide us the list of possible
 9      contact for the staff, for us to do
10      a contact investigation.  So we
11      working on improving -- improving
12      the contact investigation.
13           Q.   And you haven't been
14      informed of anyone else who tested
15      positive?
16           A.   For the past two weeks he
17      told me no, there are nobody -- or
18      there is nobody who tested positive
19      -- positive.
20           Q.   Are you responsible for
21      conducting contact investigations?
22           A.   I don't know if that's my
23      duties but another thing, you know,
24      another thing in medical, whenever
25      there's something, it's like a
```

```
 1              DR. ROBERT BEAUDOUIN
 2      medical job.  So in term of doing
 3      the contact investigation it's --
 4      essentially anybody can do it.  Like
 5      outside they are hiring clubs to do
 6      contact investigation.  They are not
 7      hiring doctors to do contact
 8      investigation.  But anybody can do
 9      it but somebody medical other than
10      me or the assistant HSA will be
11      doing it.  So we going to tighten up
12      on the contact investigation.
13          Q.   So your understanding is to
14      date only three or four of these
15      individuals or four -- only three or
16      four of these individuals have
17      contact tracing been done?
18          A.   Right, yes.  That I have
19      done.
20          Q.   Do you understand that
21      there were multiple instances when
22      staff who were positive for COVID-19
23      continued to report to work at the
24      MCC?
25          A.   I don't know that.
```

```
1              DR. ROBERT BEAUDOUIN
2         Q.   Could you please direct
3    your attention to the entry for case
4    number NYM-06?
5         A.   Okay.  NYM-06, yes.
6         Q.   And apologies if your print
7    out is small.  But does this
8    indicate that the staff member
9    symptoms began on March 25th, 2020?
10        A.   That's what it says there,
11   March 25th, 2020.
12        Q.   Does this indicate that the
13   staff member got a COVID test on
14   March 25th?
15        A.   Yes, March 25th.
16        Q.   Does this indicate that the
17   result of the test was positive?
18        A.   Yes.  Does this indicate --
19   we don't have the date.  We have the
20   test date.  When the result I don't
21   know that they put the result on
22   here.  I don't know when they got
23   the result though.
24        Q.   Does this indicate that the
25   staff member continued reporting to
```

Page 121

```
 1              DR. ROBERT BEAUDOUIN
 2      work until March 28th?
 3           A.   Yes.
 4           Q.   Even if the staff member
 5      did not have a positive test by that
 6      date, would you have recommended
 7      that that individual continue coming
 8      to work?
 9           A.   If the staff member had
10      symptoms -- well, he had symptoms so
11      I would recommend that he didn't
12      come to work.
13           Q.   Can you direct your
14      attention for the entry NYM-45?
15           A.   Okay.  45.
16           Q.   Does this indicate that the
17      staff member symptoms began on
18      March 24th, 2020?
19           A.   Yes.
20           Q.   Does this indicate that the
21      staff member continued to report to
22      work until March 29th, 2020?
23           A.   Yes.
24           Q.   Does this indicate that the
25      staff member tested positive for
```

```
                                    Page 122
 1              DR.  ROBERT  BEAUDOUIN
 2      COVID-19?
 3           A.    Yes.
 4           Q.    Would  you  again  have  the
 5      recommendation  that  this  staff
 6      member  should  not  have  reported  to
 7      work?
 8           A.    Yes.
 9           Q.    Can  you  please  direct  your
10      attention  to  the  entry  for  case
11      number  NYM-33?
12           A.    Yes.
13           Q.    Does  this  indicate  that  the
14      staff  member  symptoms  began  on
15      April  13,  2020?
16           A.    Yes.
17           Q.    Does  this  indicate  that  the
18      staff  member  had  a  COVID  test  on
19      April  13,  2020?
20           A.    Yes.
21           Q.    Does  this  indicate  that  the
22      result  of  that  test  was  positive?
23           A.    Yes.
24           Q.    Does  this  indicate  that  the
25      staff  member  continued  to  report  to
```

Page 123

1                DR. ROBERT BEAUDOUIN
2        work until April 19, 2020?
3            A.   Yes.
4            Q.   Would you again have
5        recommended that this staff member
6        not report to work?
7            A.   I would recommend that he
8        or she didn't report to work,
9        correct.
10           Q.   If you look at the return
11       to duty date since tested positive
12       column, does this indicate that this
13       individual returned to work on
14       April 28th, 2020?
15           A.   Yes.
16           Q.   And if you look at the
17       additional information column, does
18       this indicate that the individual
19       tested positive again on May 8th,
20       2020?
21           A.   Yes.
22           Q.   Would it be your
23       understanding that this individual
24       was still positive for COVID when
25       they returned to work on April 28th?

```
1              DR. ROBERT BEAUDOUIN
2         A.   Yes.
3         Q.   Would you please direct
4    your attention for the entry for
5    NYM-27?
6         A.   27, yes.
7         Q.   Does this indicate that the
8    staff member's symptoms began on
9    April 6, 2020?
10        A.   Yes.
11        Q.   And a COVID test on
12   April 13, 2020?
13        A.   Yes.
14        Q.   Does this indicate that the
15   result of the test was positive?
16        A.   Yes.
17        Q.   Does this indicate that the
18   individual continued to report to
19   work until April 16th?
20        A.   Yes.
21        Q.   Would it be your
22   recommendation that this individual
23   should not have reported to work?
24        A.   Yes.
25        Q.   Now, again --
```

```
 1                DR. ROBERT BEAUDOUIN
 2          A.    Also my recommendation --
 3     it's also my recommendation, most
 4     likely the staff member was wearing
 5     a face mask while he was at work, so
 6     which mean he's unlikely if he's
 7     wearing a face mask and taking the
 8     usual precautions he's probably
 9     unlikely to transmit the disease.
10          Q.    But he was working at the
11     MCC with a positive case of COVID?
12          A.    Yes.
13          Q.    Does this -- going to the
14     last column again.  Does this
15     indicate that this individual
16     returned to work on April 28th,
17     2020?
18          A.    Which -- which case we
19     talking about right now?
20          Q.    We are talking about
21     NYM-27?
22          A.    27.  He report to work --
23     he report to work on the 13th --
24     no, I'm sorry, on the 16th.
25          Q.    Yeah.  I think --
```

                    DR. ROBERT BEAUDOUIN

1

2          A.   I'm sorry, kind of confused

3     there.

4          Q.   No, sorry.  That was my

5     fault.

6             So we are looking at the entry

7     for NYM-27.  And it indicates that

8     the last date that they -- sorry,

9     the date until which they continued

10    to work is April 16, 2020, correct?

11         A.   Yes.

12         Q.   Does this indicate that

13    this individual returned to work on

14    May 4th, 2020?

15         A.   Yes.

16         Q.   And does this indicate that

17    the individual tested positive again

18    on May 10, 2020?

19         A.   Yes.

20         Q.   Would it be your

21    understanding that this individual

22    returned to work while they were

23    still positive for COVID-19?

24         A.   Yes.

25         Q.   Is a negative COVID-19 test

```
 1              DR. ROBERT BEAUDOUIN
 2        they were so I did not go exactly to
 3        see what this process is.  I just
 4        ask for the names.  So what I would
 5        think is that if you work in an
 6        office or in the same department,
 7        these are your contacts, of course
 8        they are the people you get in
 9        contact with.  The people you work
10        closely with would be the people you
11        are in contact and of course others
12        and also he could have contact with
13        inmates.
14             Q.   Do you know if there's a
15        policy detailing how contact tracing
16        should be done?
17             A.   No, I don't know.
18             Q.   Do you have any sort of
19        tracker that you can look at to see
20        of the individuals who have tested
21        positive for COVID-19 who -- for
22        whom have a contact tracing
23        investigation been performed?
24             A.   No.
25             Q.   Do you have a list of all
```

```
 1              DR. ROBERT BEAUDOUIN
 2      question?
 3          Q.   Would it be correct to say
 4      that you do not receive information
 5      about individuals who are out of the
 6      office due to COVID-19 symptoms but
 7      have not taken a test for it?
 8            MR. BARNEA:  Same objection.
 9          A.   Yes, that's correct.
10          Q.   For the contact
11      investigations you have performed,
12      what steps are taken for those who
13      came into contact with that staff
14      member?
15          A.   Well, the screening form, I
16      use the screening form on them and I
17      do take their temperature and 6 CK
18      it has a different symptom.  In my
19      cases when I did them, none of them
20      had temperature, taking their
21      temperature none of them had a fever
22      and they didn't have any symptoms.
23          Q.   So if a staff member has
24      been in contact with another staff
25      member who has tested positive for
```

```
 1              DR. ROBERT BEAUDOUIN
 2      COVID-19, that staff member is
 3      expected to continue reporting to
 4      work unless they themselves
 5      displayed a symptom; is that
 6      correct?
 7           A.   Yes, that's my
 8      understanding.  Wait.  CK test a
 9      staff member who has tested positive
10      and has contact with somebody who
11      has no symptom and the question is
12      that the contact is expected to come
13      to work, is that your question?
14           Q.   Yes.
15           A.   Yeah, the contact is
16      supposed to come work, the contact
17      supposed to wear the face mask and
18      also take the regular precautions.
19           Q.   In the contact
20      investigations you have conducted
21      have you identified inmates that a
22      positive staff member has been in
23      contact with?
24           A.   When I did the contact
25      investigation we were -- we were
```

```
 1              DR. ROBERT BEAUDOUIN
 2      screening of the inmate when we are
 3      doing the COVID-19 screening while
 4      they are in quarantine or isolation.
 5         Q.   When did the MCC start
 6      screening inmates for COVID-19?
 7         A.   We started screening I
 8      think after at the end of March
 9      after we had the first case.
10           MS. KALA:  Could everyone open
11       or turn to the document that has
12       been marked Exhibit 9.
13           (Exhibit 9, Inmate Screening
14       Tool, Bates MCC 1469, marked for
15       identification, as of this date.)
16           MS. KALA:  This is the
17       COVID-19 Inmate Screening Tool
18       dated February 2020, Bates No. MCC
19       1496.
20           MR. BARNEA:  1469.
21           MS. KALA:  Thank you.  1469.
22         Q.   Are you familiar with this
23      document?
24         A.   Yes.
25         Q.   Can you tell me what it is?
```

Page 146

DR. ROBERT BEAUDOUIN

1          DR. ROBERT BEAUDOUIN
2     is, you do admissions.
3          Q.   I'm talking about the
4     screening that is performed on a
5     day-to-day basis for general
6     population inmates.
7          A.   Okay, the screening.  So we
8     go through the cell, we take their
9     temperature.  We ask them the usual
10    questions, do you have cough, chest
11    pains, shortness of breath, fever,
12    nausea, vomiting, diarrhea, loss of
13    taste, loss of smell, muscle aches
14    and pains.  We do that essentially I
15    know on the first two or three days
16    of contacting the inmate we do that.
17    After a while because I know that
18    there was a complaint from the
19    inmate saying that we don't ask them
20    these questions anymore.  I asked
21    the staff do we still continue to do
22    that.  They say we do it two or
23    three times.  So next time how are
24    you doing you.  And also since I'm
25    seeing the patient I can look at the

1              DR. ROBERT BEAUDOUIN

2       patient and see how he's doing.  I

3       ask him how are you doing.  If they

4       say I'm fine and the temperature is

5       good, it's normal, then I'm good

6       with it.  But if the patient was

7       sick, I would send the inmate to

8       medical to be examined.  So that's

9       how we have been doing it.

10             But I understand the problem

11      was that the inmate was saying that

12      we stop asking them the usual

13      symptoms and I instructed the staff

14      forward to continue asking them the

15      usual questions, besides taking the

16      temperature to ask them the usual

17      questions.  Right now we doing one

18      unit every day and unit 11 we do it

19      twice a week.

20         Q.   Is there any sort of

21      document that's used for this

22      screening process?

23         A.   Well, at first we are using

24      the image screening tool.  Since we

25      have more than 700 inmates it's

```
 1                DR. ROBERT BEAUDOUIN
 2       become cumbersome to be copying this
 3       page, you know, so many times.  So
 4       we started using the roster and
 5       write on the side of the roster the
 6       temperature and if that are some
 7       symptoms we write it on the side
 8       too.
 9            Q.   Did you say roster?
10            A.   Yeah.  Roster, R-O-S-T-E-R.
11            Q.   Got it.  Are the results of
12       the screenings recorded in any way
13       besides being on the roster?
14            A.   No.  We didn't report it
15       because of staffing because it takes
16       -- it takes time.  It takes really a
17       lot of time.  There's 700 inmates.
18       The only thing that was recorded in
19       isolation.  In isolation the
20       temperature was recorded.  But
21       usually in quarantine we did not
22       record them.  We tested weekend
23       records.
24            Q.   You mentioned that one unit
25       is being screened every day.  What
```

Page 149

1          DR. ROBERT BEAUDOUIN

2     does that mean?

3          MR. BARNEA:  Objection to

4      form.

5          A.   No, no.  We screen one unit

6     a day, not one unit every day.

7     Let's say we have unit 2, unit 3 is

8     a quarantine unit, unit 5 -- unit 5,

9     unit 7, unit 9, unit 11.  Unit 2 is

10    only once a week.  We go and take

11    the inmates temperature once a week.

12    We do for seven.  That's what I'm

13    trying to say.  Unit 11 we do it

14    twice a week.

15        Q.   Was there ever a time where

16    the screening was being done more

17    frequently?

18        A.   I'm sorry to interrupt you.

19    11 South, not 11 north.

20          Yes.  There was a time that we

21    were doing it every day when we had

22    COVID cases, we were screening every

23    unit every day.

24        Q.   When was that?

25        A.   More than two weeks ago.

```
 1              DR. ROBERT BEAUDOUIN
 2          Q.   And do you know roughly how
 3      long that lasted for?
 4          A.   I think everything started
 5      after end of March.
 6          Q.   What happens if someone
 7      displayed symptoms of COVID-19
 8      during the screening?
 9          A.   Okay.  Somebody developed
10      symptoms then we going to examine
11      them further.  We going to bring
12      them -- first we going to put a face
13      mask, bring them to medical so we do
14      a further examination.
15          Q.   Is this done when an inmate
16      displays any symptoms of COVID-19?
17          A.   Yes.  Any symptoms, as long
18      as they have symptoms, yes, we would
19      do it.
20          Q.   What happens if someone has
21      a fever?
22          A.   Well, the fever is like the
23      most important symptom in general.
24      If somebody has a fever, yes.
25      Person has a fever, then we are
```

Page 151

1            DR. ROBERT BEAUDOUIN
2      going to put him in isolation.  We
3      are going to examine him too.
4            Q.    Continue.
5            A.    We are going to examine
6      him -- I said we are going to
7      examine him too.  Check his lungs,
8      check his heart.  Yeah, we going to
9      examine him too.
10            Q.    But it results in automatic
11      isolation as well?
12            A.    Yes.
13            Q.    What if someone has a fever
14      of 99.5?
15            A.    Well, we go with 100.4.
16      That's the number, 100.4.
17            Q.    If an inmate has a fever
18      below 100.4, are any steps taken?
19            A.    If the inmate has other
20      symptoms, we got to look at the
21      inmates globally essentially.  Let's
22      say the inmate have a temperature of
23      99.6, 99.8 but he has all the
24      symptoms, we will take the symptom
25      as a global, well he has other

```
 1            DR. ROBERT BEAUDOUIN
 2            A.    It's an isolation checklist
 3      for COVID-19.
 4            Q.    In the Move to Isolation
 5      row, does this document indicate
 6      that inmates presenting with
 7      symptoms of COVID-like illness
 8      should be placed in isolation?
 9            A.    Yes.
10            Q.    Are you aware of any
11      inmates who have said they have
12      symptoms that are not placed into
13      isolation?
14            A.    I am not aware of that.
15      But also, when you say symptoms, not
16      all symptoms may have to deal with
17      COVID-19.
18            Q.    Would you agree that fever
19      is a symptom of COVID-19?
20            A.    Yes.
21            Q.    Would you agree that a
22      cough is a symptom of COVID-19?
23            A.    Yes.
24            Q.    Would you agree that
25      shortness of breath is a symptom of
```

Page 159

1              DR. ROBERT BEAUDOUIN

2      COVID-19?

3          A.   Yes.

4          Q.   Would you agree that muscle

5      aches are a symptom?

6          A.   Yes.

7          Q.   Would you agree that there

8      are other symptoms of COVID-19 that

9      have been defined by the CDC?

10         A.   Yes.

11         Q.   Would you consider any

12     symptoms identified by the CDC as

13     requiring an inmate to be placed in

14     isolation?

15         A.   In generally, yes.

16         Q.   Were inmates previously

17     being placed into isolation in the

18     special housing unit?

19         A.   I'm sorry, can you repeat

20     that.

21         Q.   Sure.  Were inmates

22     previously being placed into

23     isolation in the special housing

24     unit?

25         A.   Yes.  That was at first,

```
 1              DR. ROBERT BEAUDOUIN
 2         A.   I determine that.
 3         Q.   Are post recovery -- are
 4    post recovery symptoms tracked after
 5    an inmate is released from
 6    isolation?
 7         A.   After an inmate is -- no,
 8    we don't essentially track them, but
 9    if the inmate, depending where the
10    unit inmate goes, inmate have access
11    to -- inmate have access to a sick
12    call, inmate have access to us from
13    the unit officer.  Also inmate can
14    -- when inmate is being done -- is
15    being done by medical staff inmate
16    have access to us.
17         Q.   Is there any procedure for
18    scheduling a medical checkup with an
19    inmate in the week or two after they
20    have been removed from isolation?
21         A.   No.
22         Q.   How many inmates have been
23    isolated since March 1st?
24         A.   Okay.  So I could count the
25    numbers there.
```

Page 171

1          DR. ROBERT BEAUDOUIN
2      A.   Yes.
3      Q.   Is that 40 out of about 200
4  staff members?
5      A.   I don't know the exact
6  staffing of MCC but it could be, it
7  could be 200.
8      Q.   If it is about 200, what
9  would in your mind explain the
10 discrepancy between the percentage
11 of inmates with COVID-19 symptoms
12 and the percent of staff who have
13 tested positive for COVID-19?
14     A.   Testing.  If you test more
15 inmates, you are likely going to
16 have more inmates positive.  But
17 remember even in hospital they were
18 not testing at the beginning.  You
19 know, at the beginning I sent
20 inmates to the hospital, they did
21 not test them, we are not going to
22 admit him.  There was no need to
23 test.  So the more you test, the
24 higher the likelihood of having
25 positive results.

Page 181

```
1                  DR. ROBERT BEAUDOUIN
2        are housed on 11 South.
3             Q.   Is that an open dormitory
4        unit?
5             A.   Yes.
6             Q.   And were those inmates
7        quarantined there while 11 South was
8        in quarantine?
9             A.   Yes -- the inmate at 11
10       South, when the inmate were
11       quarantined, yes, they were in
12       quarantine as a cohort.
13            MS. KALA:  Could everyone
14        please open what has been marked as
15        Exhibit 12.
16            (Exhibit 12, BOP Quarantine
17        Guidance:  New admits, Contacts of
18        COVID-19, and Pending Release,
19        Bates MCC 1633, marked for
20        identification, as of this date.)
21            MS. KALA:  This is BOP
22        Quarantine Guidance:  New admits,
23        Contacts of COVID-19, and Pending
24        Release.  This is May 7, 2020,
25        Bates number is MCC 1633.
```

1          DR. ROBERT BEAUDOUIN

2          A.   Yeah.  We go see them, we

3     do temperature check, we do symptom

4     check.  Yeah, we check on them.

5          Q.   And how often?

6          A.   We do it once a day.

7          Q.   Are there any situations

8     where an inmate who is displaying

9     COVID-19 symptoms is left in the

10    unit?

11         A.   Are there any situations

12    where one inmate is complaining of

13    COVID-19 is left in the unit?

14         Q.   Yeah.

15         A.   If we know of it, we

16    wouldn't do it.  If we don't know of

17    it, we don't know.  But if we know,

18    we are going to aggregate, regularly

19    aggregate, that's a normal

20    operation.

21         Q.   Are there any housing units

22    that have never had inmates with

23    COVID-19 symptoms in them?

24         A.   No.  All the units have

25    been in quarantine, that means they

```
 1              DR. ROBERT BEAUDOUIN
 2       must have had somebody with
 3       symptoms.
 4          Q.    What is the MCC's policy
 5       for who gets tested for COVID-19?
 6          A.    The policy is not MCC
 7       policy.  The policy is Bureau of
 8       Prison policy.  They made some
 9       adjustments in the policy.  So they
10       want us to test if we knew inmates
11       would come in, in the new
12       admissions.  Do you want to test --
13       to contact, let's say one inmate
14       become positive for -- let's say one
15       inmate in our system is contact
16       would also be tested.  And I think
17       there was something else.  But
18       essentially these are the new -- the
19       new guidance.  The new guidance, all
20       new admit are going to be tested.
21       The contact of somebody who is put
22       in isolation will be tested.  I
23       think I'm missing something.  But
24       that's essentially the new guideline
25       -- there was a new guideline that
```

```
 1              DR. ROBERT BEAUDOUIN
 2       was sent out very recently.
 3           Q.   And what are you doing to
 4       comply with that new guideline?
 5           A.   We just meet with the COVID
 6       machine.  We are not using it yet
 7       because we have to get the staff
 8       trained on it.  So we have three
 9       known mental chemists (ph).  We sent
10       it to Labcorp.  We do the swab and
11       we send it to Labcorp for the test.
12           Q.   When did you receive the --
13       this Abbott testing machine?
14           A.   We receive it last
15       Thursday.
16           Q.   And when -- by when do you
17       plan to be able to conduct tests
18       with this machine?
19           A.   Well, we waiting to buy a
20       printer so to make it official for
21       the lawyers so we waiting to buy a
22       printer so when we have the results
23       we get that quick instead of the
24       staff writing on the e-mail note
25       negative or positive, we wanted it
```

```
1              DR. ROBERT BEAUDOUIN
2       to be pretty so it look more
3       professional and more official.  So
4       when we have the printer, then we
5       would use it.  In the meantime the
6       only medical conduct was going to do
7       the testing and send it to Labcorp
8       for -- send it to Labcorp for
9       evaluation.
10          Q.   And how will you conduct
11      their tests for those new inmates
12      who come in?
13          A.   How?  Well, we get the
14      testing kit, which is a swap.  We do
15      a nasal applying to swab or no
16      applying to Schwab.
17          Q.   Have you made a request for
18      the MCC to buy a printer so you can
19      start using the rapid testing
20      machine?
21          A.   Well, the rapid testing
22      machine is not really rapid.
23      Because it takes 15 minutes to do a
24      test.  So that is four an hour.  And
25      let's say you have -- if you add one
```

```
 1              DR. ROBERT BEAUDOUIN
 2      were low, could an order for test
 3      kits have been placed in late March?
 4           A.    Well, could have, yes.
 5           Q.    Did you consider placing an
 6      order for test kits in late March?
 7           A.    No, I didn't consider
 8      placing an order for testing.  Also
 9      it would have been have been advised
10      to place order for testing.  I don't
11      think we were advised to order
12      testing kits for COVID-19 at the
13      time.
14           Q.    And when you placed the
15      order for test kits on April 10th,
16      do you remember how long it took for
17      the tests to arrive?
18           A.    I think it took about two
19      or three days.
20           Q.    Are inmates who are
21      isolated and then returned to the
22      general population ever placed in
23      dormitory units?
24           A.    I cannot answer ever.  I
25      don't know.  I don't know.
```

```
 1              DR. ROBERT BEAUDOUIN
 2         Q.   Can you look at the entry
 3     for Litigation No. 223.
 4         A.   Yes, 223.  223, yes.
 5         Q.   Under Additional
 6     Information do you see from SHU to
 7     11 South?
 8         A.   Right.
 9         Q.   What does that mean?
10         A.   So when the inmate
11     initially goes in isolation he was
12     returned to his unit, the unit he
13     was in before.  He was in 11 South.
14         Q.   And is 11 South a dormitory
15     unit?
16         A.   Yes, it is a dormitory
17     unit.
18         Q.   Could you please look at
19     Litigation No. 136.
20         A.   136.  Okay, 136.
21         Q.   In Additional Information
22     does that say "unit 3/moved to 11
23     South"?
24         A.   Yes.  I believe it's the
25     same -- I believe it could have been
```

Page 207

```
 1              DR. ROBERT BEAUDOUIN
 2      inmates 122 and 303?
 3              MR. BARNEA:  Those are
 4       quarantined inmates not isolated
 5       inmates, right?
 6              MS. KALA:  Yes.  Thank you.
 7          A.   Yes.
 8          Q.   So leaving aside those
 9      two who are quarantined, for
10      isolated inmates is a positive test
11      required -- sorry, is a negative
12      test required before the inmate is
13      moved into the general population?
14          A.   No.
15          Q.   And your understanding is
16      that inmates on 11 South are not
17      able to maintain social distance; is
18      that correct?
19          A.   It's a dorm so they are
20      close to each other.  It is safe to
21      say they can't maintain six feet
22      social distancing.
23          Q.   Do you believe that the
24      five positive inmates to date
25      captures all inmates who have or
```

1          DR. ROBERT BEAUDOUIN

2          A.    The sick call is considered

3     the official version when inmate

4     goes on the computer and put on

5     electronic sick call.  The copout,

6     which we call copout was that the

7     inmate write a little piece of paper

8     something and he give it to a staff

9     member, this is what is considered a

10    copout.

11         Q.    So would it be fair to

12    describe the way to make requests as

13    oral requests, paper requests and

14    electronic requests?

15         A.    Yes.

16         Q.    I know you described a

17    number of different ways in which

18    oral requests could be made.  What

19    is the actual process for making an

20    oral request?

21         A.    Well, the oral request you

22    talk to somebody.  You say, oh, I

23    got this, oh, can you call medical

24    for me.  That's -- that's it.

25         Q.    Is there any particular

```
 1                DR. ROBERT BEAUDOUIN
 2        passed on to the medical staff?
 3            A.   Oh, the officer can just
 4        call you.  Doctor, this inmate says
 5        he has this and that, can you see
 6        him.  And then 99 percent of the
 7        time we say yes, send him down.
 8            Q.   How soon after an oral
 9        request is made by an inmate is it
10        passed on to the medical staff?
11            A.   I don't know.  I can't tell
12        you that.  If it's even to a medical
13        staff, let's say medical staff is
14        doing -- is doing fill lines and
15        Mr. Smith's stop by and says, Doc, I
16        need you see for this and that, and
17        the staff would right write it
18        himself and say, okay, we will call
19        you later.  So that would be one
20        way.
21            Q.   Are there any guidelines
22        for how oral sick call requests are
23        passed on to medical staff if they
24        are reported to a nonmedical staff
25        member?
```

1                    DR. ROBERT BEAUDOUIN

2          A.    No, I don't think so.

3          Q.    How are paper requests for

4      medical care passed to the medical

5      staff?

6          A.    The inmates write a piece

7      of paper and they give it to medical

8      -- the medical staff.

9          Q.    So the inmate has to

10     directly give it to a medical staff

11     person?

12         A.    Well, the -- yes, he would

13     have -- yes, to a medical staffer,

14     yes.

15         Q.    And what about electronic

16     sick calls?

17         A.    Electronic sick call the

18     inmate goes to the computer and put

19     in the information and that's how

20     they explain sick call is done.

21         Q.    And how does it come to you

22     or to the medical staff?

23         A.    The electronic sick call go

24     to a bag, a computer bag, where the

25     HSA, an HSA and they have a nurse

1              DR. ROBERT BEAUDOUIN
2        Technically they all supposed to be
3        either brought down to medical or be
4        put on the call-out to be seen.
5             Q.   Is there any policy saying
6        when someone needs to be seen --
7        when someone needs to be brought
8        down right away?
9             A.   Yes.
10            Q.   And what is that policy?
11            A.   Well, these are for acute
12       conditions.  Let's say somebody
13       saying I have chest pains, is the
14       guy having a heart attack, let's say
15       the guy is bleeding or he has some
16       weakness on one side.  He's out for
17       potentially emergency condition.
18            Q.   Would you say COVID-19
19       symptoms are an acute condition?
20            A.   Yes.
21            Q.   Going back to the type of
22       requests for medical care.  When you
23       received or any medical staff
24       member, I should say, received an
25       oral request for medical care, is

1                DR. ROBERT BEAUDOUIN

2       that recorded anywhere?

3            A.   No.  No one requests the

4       images I think.  Oh, I got this, can

5       you bring me down.  That's not

6       something you going -- that's not

7       something we are going to record

8       somewhere.  If you record it, he

9       going to the computer and put in an

10      official request.

11           Q.   If the inmate makes an oral

12      request but is not seen right away,

13      is any sort of record made of that

14      request?

15           A.   No.  The only request

16      between the inmate and the staff

17      member.

18           Q.   What about any paper

19      copouts, are those recorded --

20           A.   The paper copouts, the way

21      the paper copout working handled was

22      that.  When we receive the paper

23      copouts, we just schedule them or

24      call it down and these paper copouts

25      we keeping them and recording them

```
 1              DR. ROBERT BEAUDOUIN
 2      in the medical records.  So we are
 3      not keeping them.  So I know that's
 4      been a problem with booking, the
 5      same thing booking with -- we are
 6      not recording the paper copouts.
 7      After we finish reviewing it or
 8      scheduling the admit, the little
 9      piece of paper we were shedding the
10      little piece of paper.  But from
11      what we know happens in blueprints,
12      they say we should report them.  So
13      when I got that little piece of
14      paper with writing so I get some
15      Scotch tape, put it on the -- Scotch
16      tape, put it on the imprint and tape
17      it so that it can go in the record.
18      But I think that the way that we
19      have to start doing that in the
20      future for whatever paper copout we
21      get, we're going to record it and
22      for it to go in as an official
23      record.
24           Q.   Have any paper sick call
25      requests been saved?
```

```
 1              DR. ROBERT BEAUDOUIN
 2         A.    After we heard it was the
 3    Brooklyn issue, so whatever paper
 4    copout we get, we keeping them.
 5         Q.    When did you hear about the
 6    Brooklyn issue?
 7         A.    Two weeks ago.  Not too
 8    long ago.
 9         Q.    Before that date were any
10    paper sick call requests saved?
11         A.    No.  We are not keeping
12    that.  We think it was an official
13    record.
14         Q.    Before that date to your
15    knowledge were all paper sick call
16    requests shredded?
17         A.    That's what I think, yes.
18         Q.    And are electronic sick
19    call requests recorded anywhere?
20         A.    Well, the electronic, they
21    always there.  They always on the
22    computer.  So yes, they are there.
23         Q.    And would you say the
24    record of all electronic sick call
25    requests is the inbox that receives
```

DR. ROBERT BEAUDOUIN

1

2       A.    Yes.   That's in -- that's

3    in the electronic medical records.

4    When the inmate is seen and an

5    account is created where he does --

6    he does say what the complaint of

7    the inmate is, what the objective

8    is, which is were the vital signs

9    taken, was their weight taken, and a

10   physical exam, is the an assessment

11   in place and some had medication.

12       Q.    When medical staff receives

13   a request for medical care related

14   to the COVID-19 symptoms, how

15   quickly are they supposed to

16   respond?

17       A.    Oh, they are supposed to

18   respond immediately.

19       Q.    Are they supposed to inform

20   you about such a request for medical

21   care?

22       A.    No.

23       Q.    Are they supposed to inform

24   you if they have identified or

25   learned about an inmate with

Page 233

1            DR. ROBERT BEAUDOUIN
2        Q.    Dr. Beaudouin, who receives
3     e-mails sent to the sick call box?
4        A.    It goes through a fax.  HSA
5     has access to it -- HSA has access
6     to it and the nurse who is in charge
7     of monitoring it has access to it.
8     These are the people --
9        Q.    Who are those individuals?
10       A.    The HSA?  You want names?
11       Q.    Yes, please.
12       A.    Terrance, T-E-R-R-A-N-C-E,
13    Chomas, C-H-O-M-A-S, the assistant
14    HSA.  Marc, M-A-R-C, Yonnone,
15    Y-O-N-N-O-N-E.  And the nurse has
16    been out -- has been deployed for
17    probably four weeks now.  The nurse
18    is Joseph Columbo, C-O-L-O-M-B-O.
19       Q.    Who maintains the sick
20    call.
21       A.    I don't if other people
22    have access.
23            Who maintains the sick call
24    box?  It's the computer thing, I
25    don't know who did it.

Page 234

DR. ROBERT BEAUDOUIN

1        DR. ROBERT BEAUDOUIN

2        Q.   Who is responsible for

3   responding to requests received to

4   the sick call box?

5        A.   It is a nurse that is

6   responsible for checking the medical

7   box.  Called the HSA (inaudible).

8        Q.   Could you please turn to

9   page 19.  I think you may not have

10  page numbers on your printout so let

11  me give you the Bates number.  It's

12  Bates number MCC 0219.

13       A.   Okay, I got it.

14       Q.   Is this an e-mail from an

15  individual who has now been

16  identified as inmate 343?

17       A.   Yes.

18       Q.   And this e-mail was sent to

19  the sick call box on April 17, 2020?

20       A.   Yes.

21       Q.   Did you see this e-mail?

22       A.   I just saw it now.

23       Q.   Prior to now did you see

24  this e-mail?

25       A.   No, I didn't read all of

```
 1                DR. ROBERT BEAUDOUIN
 2        can't see.  It's on the right side
 3        of the page.
 4             Q.   How about now, can you see
 5        the whole document?
 6             A.   No.  Could you move it to
 7        the left a little bit.
 8             Q.   Sure.  I'm not sure if that
 9        will help.  Does that help?
10             A.   It's hard to read.
11              MR. BARNEA:  It's very small.
12         Can you zoom in a little bit.
13             Q.   Yes, I'm trying to find a
14        good balance.  How about this?  No,
15        too small?
16             A.   Yeah, still too small.
17        Can't make it out, no.
18             Q.   Okay.  Can you see the
19        whole document?
20             A.   Yes.
21             Q.   Okay, great.  Is this a
22        response to an e-mail from an
23        individual now identified as inmate
24        324?
25             A.   Yes.  I see it says
```

```
 1                 DR. ROBERT BEAUDOUIN
 2      schedule for sick call.
 3           Q.   When was that response
 4      sent?
 5           A.   It's saying it was sent on
 6      5/5.
 7           Q.   Did you write the response?
 8           A.   No.
 9           Q.   Was the inmate's initial
10      message sent on April 16, 2020?
11           A.   Yes, that's what it says.
12           Q.   Did the inmate's message
13      describe shortness of breath?
14           A.   Yes.
15           Q.   Did this inmate's request
16      describe chest pains?
17           A.   Yes.
18           Q.   Do you understand these to
19      be COVID-19 symptoms?
20              MR. BARNEA:   Objection to
21       form.
22           A.   Yes.
23           Q.   Do you understand chest
24      pain to be a symptom demanding an
25      emergency response?
```

```
 1                  DR. ROBERT BEAUDOUIN
 2          A.   Yes.  But it depend on the
 3     type of asthma.  It has to be
 4     moderate to severe asthma, and I
 5     don't remember this inmate.
 6          Q.   You don't remember this
 7     inmate?
 8          A.   No, I don't remember him.
 9          Q.   Could you please turn to
10     page 9.  This is Bates number MCC
11     0209.  I'm not sure if you can see
12     it on my screen or if you need a
13     moment to find it.
14          A.   Yeah, I can see it.
15          Q.   Is this in response to an
16     e-mail from an individual now
17     identified as inmate 235?
18          A.   Yes.
19          Q.   Was this response sent on
20     May 5th, 2020?
21          A.   Yes.
22          Q.   Does this response say
23     scheduled for sick call?
24          A.   Yes.
25          Q.   Did you write this
```

1              DR. ROBERT BEAUDOUIN

2      response?

3          A.   No.  I don't write any of

4      these responses.

5          Q.   Was the inmate's initial

6      message sent on March 15, 2020?

7          A.   Yes.

8          Q.   Did the inmate's message

9      describe coughing?

10         A.   Yes.

11         Q.   Does this inmate's message

12     describe a fever?

13         A.   Yes.

14         Q.   Were you informed of this

15     e-mail?

16         A.   No.

17         Q.   Is coughing a symptom of

18     COVID-19?

19         A.   Yes.

20         Q.   Is fever a symptom of

21     COVID-19?

22         A.   Yes.

23         Q.   Do you have reason to

24     believe this inmate received a

25     response to their sick call request

Page 257

1              DR. ROBERT BEAUDOUIN
2         Q.    Were any responses to sick
3    calls -- to electronic sick call
4    requests made prior to May 5th,
5    2020?
6         A.    No, it's not indicated
7    here, no.
8         Q.    And --
9         MR. BARNEA:  I'm sorry.  Did
10    you mean this particular one or all
11    of them?
12        Q.    Yeah, to clarify, I'm
13    talking about the whole set.  Were
14    any responses made prior to May 5th,
15    2020?
16        A.    Well, the sick call box was
17    not being monitored regular after
18    the Brooklyn interview so I talk
19    with the assistant and we have plan
20    that this is -- the first thing he
21    does when he start working, he go to
22    the sick call box and review the
23    sick call box.  He was in there, but
24    he may need to be brought down for
25    evaluation, for the inmate to be

Page 258

```
 1              DR. ROBERT BEAUDOUIN
 2      brought down depending on the
 3      symptom or the complaint and the
 4      inmate need to be scheduled.  We
 5      know this has been a problem in the
 6      past, something that we are working
 7      to fix.
 8          Q.   When did you find out --
 9      you referenced you found out
10      something about the MCC and then
11      changed this practice; is that
12      correct?
13          A.   Well, the sick call box has
14      nothing to with the MCC.  We know
15      about the sick call box.  The nurse
16      supposed to be monitoring it, they
17      can check and they are supposed to
18      be monitoring it.  The only thing I
19      said to MCC are those little paper
20      copout with three lines on the
21      little piece of paper that's
22      supposed to be into the medical
23      records.  That's something -- that
24      is something.  But the sick call,
25      the electronic medical record that's
```

```
 1                DR. ROBERT BEAUDOUIN
 2       in there so monitoring it has not
 3       been done timely, that's something
 4       that now is being done.
 5          Q.   Sorry, I think I
 6       misunderstood you so I just want to
 7       make sure I have this correct.  What
 8       prompted you to change the policy
 9       with regard to monitoring of the
10       sick call box?
11           MR. BARNEA:  Objection to
12        form.
13          A.   It's not a change in
14       policy.  Essentially the sick call
15       box was supposed to be monitored by
16       the nurse.  Okay, the nurse went on
17       -- was deployed so that slowed down
18       the thing and then the correctional
19       facility, the HSA has been on leave
20       so the assistant HSA started to
21       monitor the box.  It hasn't been
22       done timely.  So we know it's a
23       problem and we -- this is one thing
24       I discuss with him, whatever he do
25       the first thing in the morning go to
```

```
 1            DR. ROBERT BEAUDOUIN
 2       the sick call box, handle what's in
 3       there.  So this is something we
 4       doing right now to make sure that
 5       it's being addressed because we
 6       know, you know, something could go
 7       wrong with that.  I can go to the
 8       lines medical staff you know, you
 9       know, if they want to be seen
10       immediately we usually tell them, if
11       you have serious symptoms, it's not
12       probably good to put it on sick
13       call, you need to talk to somebody.
14       Talking to somebody can get the
15       issue addressed.
16            Q.   When did you have this
17       conversation about the need to
18       monitor the sick call box on a daily
19       basis?
20            A.   Not too long ago.  Probably
21       two, three weeks ago or so.
22            Q.   And before you had this
23       conversation what was the process of
24       monitoring the sick call box?
25            A.   The sick call box was to be
```

```
1              DR. ROBERT BEAUDOUIN
2      monitored by a nurse daily.  If the
3      nurse wasn't there, it's supposed to
4      be the HSA.  But what happened is
5      there are a lot of work to be done.
6      Sometimes if you don't address it,
7      then it stays and you get busy with
8      other things but it's a problem that
9      right now we have to put it as a
10     priority, the sick call to be
11     addressed first thing in the
12     morning.  So that's what I told him,
13     that's why I told him the first
14     thing you do in the morning is go to
15     the sick call box.
16          Q.   The nurse who was supposed
17     to be monitoring it was that Joseph
18     Columbo?
19          A.   Yes.
20          Q.   And he typically has
21     primary responsibility for
22     monitoring the box?
23          A.   Yes.  Yes.
24          Q.   And you said he's been out
25     for -- could you remind me how long
```

Page 262

```
1                   DR. ROBERT BEAUDOUIN
2         he's been out for?
3              A.   I think probably four
4         weeks.
5              Q.   We'll now turn to page 12
6         of Exhibit 15.  Do you have it in
7         front of you or can you see it on my
8         screen?
9              A.   Yes.
10             Q.   This is Bates number MCC
11        0212.  Is this in response to an
12        e-mail from an individual now
13        identified as inmate 261?
14             A.   Yes.
15             Q.   Did inmate 261 send a
16        request for medical care on May 4th,
17        2020?
18             A.   Yes, he did.
19             Q.   Were you notified about
20        this e-mail?
21             A.   No, I wasn't notified.
22               MR. BARNEA:  Sorry, Ishita,
23         can you move the other window, I'm
24         trying to see the --
25               MS. KALA:  Oh, sorry.  Sorry.
```

```
 1              DR. ROBERT BEAUDOUIN
 2       to do, how to manage the symptoms,
 3       to follow up and things like that.
 4            Q.   If you conduct an
 5       appointment or provide medical care
 6       in response to a request for medical
 7       care, is that tied in any way to the
 8       request on the system?
 9            A.   Could you repeat the
10       question.
11            Q.   Sure.  And I'll try to make
12       it a little clearer.  So if you
13       conduct an appointment in response
14       to someone requesting medical care,
15       are the details of that appointment
16       tied to the request itself on the
17       system?
18            A.   No.  I don't see the sick
19       call.  So when I'm seeing the
20       inmates, I'm talking to him about
21       the present complaint, the complaint
22       he has not complaint he had before.
23       So of course whatever complaint he
24       has I'm going to address it.  So I
25       don't know what he put in his prior
```