# EXHIBIT 8

```
 1  UNITED STATES DISTRICT COURT

 2  SOUTHERN DISTRICT OF NEW YORK

 3  ----------------------------------------x

 4  CESAR FERNANDEZ-RODRIGUEZ, ROBER GALVEZ-

 5  CHIMBO, SHARON HATCHER, JONATHAN MEDINA,

 6  and JAMES WOODSON, individually and on

 7  behalf of all others similarly situated,

 8            Petitioners,                        Index No.

 9      -against-                                 20 Civ. 3315 (ER)

10  MARTI LICON-VITALE, in her official

11  capacity as Warden of the Metropolitan

12  Correctional Center,

13            Respondent.

14  ----------------------------------------x

15                      Remote Deposition

16                        May 21, 2020

17                         11:14 A.M.

18

19   Remote Deposition of Non-Party Witness,

20            NICOLAS SUCICH

21

22

23           lipka.com, inc.

24            888.lipka.com

25        transcripts@lipka.com
```

Page 1

For the Exclusive Use of Covington & Burling, LLP.
Use by any other party voids the certification

```
 1              And nobody wanted to be isolated in the
 2   SHU, so they weren't -- they knew that the only
 3   treatment that they would have gotten would be
 4   Tylenol and they would be locked up in the SHU.
 5   So nobody wanted to do that.
 6        Q.    So did the first person get sick,
 7   Andrade, was the end of March?
 8        A.    I think, I think March 27th.
 9        Q.    How long did it take the medical people
10   to take him?
11        A.    I think he complained more and they
12   didn't take him.  And then the next day when he
13   fell on the floor, they ended up taking him.
14        Q.    Okay.  And so Andrade is the only
15   person from your tier that was removed from the
16   dormitory?
17        A.    I couldn't understand you, ma'am.  I'm
18   sorry.
19        Q.    Was Andrade the only person in your
20   tier who was removed from the dormitory due to
21   COVID symptoms?
22        A.    Yes, ma'am.
23        Q.    Did any other inmate in your dormitory
24   report COVID symptoms to a medical staff?
25        A.    I did.  I -- I couldn't breathe, and I
```

Page 23

For the Exclusive Use of Covington & Burling, LLP.
Use by any other party voids the certification

```
 1  told Mr. Singh on I think it was the 3rd of
 2  April.  I couldn't even breathe.  I had to have
 3  help to get to the door and talk to him, and he
 4  made a very nasty comment and that was it.
 5       Q.    What was that nasty comment?
 6       A.    He told us that we were -- we were
 7  worthless, and that we were left there to die.
 8  What can he do at this time of night?
 9       Q.    You said his name is Mr. Singh?
10       A.    Mr. Singh, yes.
11       Q.    Is that a corrections officer or a
12  medical staff?
13       A.    Medical.
14       Q.    Do you know if anyone besides yourself
15  reported symptoms of COVID to the medical staff?
16       A.    I know that they've had them.  I don't
17  think they were -- I felt guilty because I
18  thought I was getting the COVID-19, and I didn't
19  want to pass it to everyone else, so I was a
20  little bit more mature about it.  And if they
21  were going to segregate me, I would prefer to be
22  segregated instead of giving it to someone else.
23            But it didn't end up happening that way
24  because when I told him I couldn't breathe, you
25  know, he said your inhaler -- I think he told me
```

Page 24

For the Exclusive Use of Covington & Burling, LLP.
Use by any other party voids the certification