# EXHIBIT 26



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

150 Park Row
New York, New York 10007

March 25, 2020

**MEMORANDUM FOR ALL MCC NEW YORK STAFF**

```
                    //s//
FROM:          M. Licon-Vitale, Warden

SUBJECT:       Positive Staff Case
```

We have a confirmed staff case of COVID-19 at MCC New York. Please ensure you are practicing hand washing, coughing/sneezing in your elbow and following all other advertised precautions to assist in reducing the spread of the illness. We are conducting a contact investigation to notify those who may have come in direct contact with the staff member. Please note, we must maintain confidentiality to the contact source due to HIPPA. Additionally, employees exposed to a co-worker with confirmed COVID-19 should refer to CDC guidance on how to conduct a risk assessment of their potential exposure at www.cdc.gov.

Please know we are concerned about the health and safety of all of our staff and their families and will continue to keep you updated as information becomes available.