# EXHIBIT 27

Date: 05/12/2020  
Time: 01:19 PM

Federal Bureau of Prisons  
TRULINCS  
Message  
Sensitive But Unclassified

Facility: DC

**Message**

FROM: ███████████████  
TO: Associate Warden Operations  
SUBJECT: ***Request to Staff*** ████████████████████████, NYM-K-S  
DATE: 04/22/2020 02:19 PM

INMATE 94

To: AW Operations  
Inmate Work Assignment: none

We have had the same clothing since returning from Otisville over 3 weeks ago. There has been no exchange of underwear, socks, or greens as of today. I have attempted to order socks, underwear, sweatpants/shirts on commissary numerous times and the order was not filled. I was told only food items were being filled, due to the revised spending limit. I prefer to have the clothing items filled rather than the food items, or a combination of both. Corrective action needs to be taken. it is unhygienic to have to wear the same clothes for a month.