# EXHIBIT 28

| | | |
|---|---|---|
| Date: 05/13/2020 | Federal Bureau of Prisons | Facility: DC |
| Time: 07:08 AM | TRULINCS | |
| | **Message** | |
| | Sensitive But Unclassified | |

**Message**

FROM: Executive Assistant
TO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ INMATE 187
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/27/2020 06:52 AM

Good morning,

This request has been sent to the appropriate departments for review.

Thank you

>>> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@inmatemessage.com> 4/26/2020 1:29 PM >>>
To: Mr. Plourde
Inmate Work Assignment: None

Sorry to keep bothering you with things. But we need help with things in 11 South. The are not getting the disinfectant cleaning stuff. We need new mop heads. The ones we have were given over a month ago, and stink real bad. We have no laundry soap to use for the washing machine. Those of us that went to Oatisville were given underwear and socks. I am still in the same underclothing and socks I was given in Oatisville, and I am back at the MCC Bldg from March 9. This is crazy. I have asked over and over, and submitted clothing requests forms for the underwear, t-shirts, and socks. I hope that you can help in this matter. Thank you, and I hope you have a good Sunday.