# EXHIBIT 29

Date:      05/13/2020                                                                                                      Facility: DC
Time:      07:16 AM

# Federal Bureau of Prisons
## TRULINCS
**Message**
Sensitive But Unclassified

## Message

FROM: ███████████████████                                                    INMATE 484
TO: Unit Team 9/11
SUBJECT: ***Request to Staff*** ████████████████████, NYM-I-N
DATE: 03/17/2020 09:26 PM

To: anyone
Inmate Work Assignment: na

plaese help medical sick call not being answered