# EXHIBIT 30

Date: 05/13/2020            Federal Bureau of Prisons            Facility: DC
Time: 07:15 AM

**Federal Bureau of Prisons**
**TRULINCS**
**Message**
**Sensitive But Unclassified**

### Message

FROM: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      **INMATE 568**
TO: Unit Team 5/7
SUBJECT: ***Request to Staff*** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, NYM-E-N
DATE: 04/06/2020 12:01 PM

To:
Inmate Work Assignment: none

I dont have any soap to clean with hygiene wise. can we be provided with soap since we wont be able to purchase any from commisary.