# EXHIBIT 31

Date:   05/13/2020                                   Federal Bureau of Prisons                                   Facility: DC
Time:   07:17 AM
                                                              TRULINCS
                                                              Message
                                                       Sensitive But Unclassified

**Message**

FROM: ▉▉▉▉▉▉▉▉▉▉▉▉▉                                                                                              <span style="color:red">**INMATE 19**</span>
TO: Warden
SUBJECT: ***Request to Staff*** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, NYM-G-N
DATE: 05/07/2020 07:11 PM

To: ETC
Inmate Work Assignment: N/A

IM WRITING BECAUSE I HAVE NOT BEEN SHOP HIGGINS LIKE SOAP TOUTH BRUSH TOUTH PASTE AND OTHERS IN LIKE TREE WEEKS WE ARE POSE TO BE DISINFECTING AND YALL NOT GIVING US THE PROPER ITEMS. ALSO WE HAVE NOT GET ANY CRINING SUPPLIES FOR ARE CELLS, TIERS AND BATHROOMS AND WE ARE ALSO POSE TO BE DISINFECTING THOSE AREAS  FREQUENTLY THIS BEEN GOING ON FOR THE PAST TREE MONTH

| | | |
|---|---|---|
| Date: 05/13/2020 | Federal Bureau of Prisons | Facility: DC |
| Time: 07:17 AM | TRULINCS | |
| | **Message** | |
| | Sensitive But Unclassified | |

**Message**

FROM: Warden
TO: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  INMATE 85
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 03:07 PM

Your issue has been forwarded to the Facilities Department

>>> On 5/5/2020 at 2:42 PM, in message <TLPRCDSMillFgkLscNA0001afa3@TLPRCDSM.trulincs.bop.gov>, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉@inmatemessage.com> wrote:

To: Ms.Vitale
Inmate Work Assignment: i.c

Good morning,i'm a inmate in 5south,11teir,i haven't had runnin water in six days,i've ask plenty c.o's for help,they say it's coming,still it's been six days,can not wash hands or brush my teeth,please help!

Date: 05/13/2020  
Time: 07:17 AM

**Federal Bureau of Prisons**  
**TRULINCS**  
**Message**  
**Sensitive But Unclassified**

Facility: DC

**Message**

FROM: Warden  
TO: ███████████  
SUBJECT: RE:***Inmate to Staff Message***  
DATE: 05/05/2020 03:07 PM

INMATE 449

Your issue has been forwarded to the Facilities Department

>>> On 5/5/2020 at 2:19 PM, in message <TLPRCDSMIkyPzGNsokL0001aea4@TLPRCDSM.trulincs.bop.gov>, ███████████ ███████████@inmatemessage.com> wrote:

To: MS. VITALE  
Inmate Work Assignment: FOOD SERVICE

I CAME BACK FROM A WRIT AND THE CELL I WAS PLACED IN HADE NO SINK AS OF NOW ITS BEEN 6 DAYS WITH NO RUNNING WATER I TOLD EVERYONE ABOUT THE PROBLEM I AM A CADRE INMATE IN WITH PRETRIAL I UNDERSTAND THE SITUATION AT HAND BUT CRETIN PROCEDURES NEED TO BE DINE AND I DON'T KNOW WHO ELSE TO CONSULT ABOUT MY PROBLEM THANK YOU FOR YOUR TIME AND CONCERNS