# EXHIBIT 36

Date:   05/13/2020                                                                                              Facility: DC
Time:      07:11 AM                          Federal Bureau of Prisons
                                                    TRULINCS
                                                 **Message**
                                         Sensitive But Unclassified

| Message |
|---|

FROM: Sick Call
TO: ▓▓▓▓▓▓▓▓▓▓                                   Inmate 360
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/11/2020 10:02 AM

Your refill has been requested. The bureau does not recommend the antibody test as it is not accurate enough to give proper results.

>>> ~^!"▓▓▓▓▓▓▓▓▓▓▓▓▓▓@inmatemessage.com> 5/10/2020 6:08 PM >>>
To: pharmacy
Inmate Work Assignment: none

this is my second request for medication refill,also i need the anti body test to see if i was exposed to covid-19 and fought it off because a m0onth ago i could not taste or smell aything for a week and a half.

Date:     05/13/2020                                                                                          Facility: DC
Time:     07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓        Inmate 360
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, NYM-E-S
DATE: 05/10/2020 05:08 PM

To: pharmacy
Inmate Work Assignment: none

this is my second request for medication refill,also i need the anti body test to see if i was exposed to covid-19 and fought it off because a m0onth ago i could not taste or smell aything for a week and a half.

Date:      05/13/2020                                                                                              Facility: DC
Time:        07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

---

**Message**

FROM: ███████████████       Inmate 360
TO: Sick Call
SUBJECT: ***Request to Staff*** ███████████████████, NYM-E-S
DATE: 05/07/2020 08:25 AM

To: SICK CALL
Inmate Work Assignment: NONE

I WOULD LIKE TO BE TESTED FOR THE ANTI BODIES OF COVID-19 ABOUT A MONTH AGO I HAD SYMPTOMS WITH
LOSS OF TASTE AND SMELL, SO NOW I WOULD LIKE THE NEW ANTI BODIE TEST, TO BE SAFE YES MY SMELL AND
TASTE CAME BACK BUT BUT ITS STILL NOT AS STRONG AS IT USED TO BE.

Date:    05/13/2020                         Federal Bureau of Prisons                         Facility: DC
Time:    07:11 AM                                  TRULINCS
                                                   **Message**
                                           Sensitive But Unclassified

| **Message** |
|---|

FROM: ██████████████████        Inmate 343
TO: Sick Call
SUBJECT: ***Request to Staff*** ██████████████████, NYM-K-N
DATE: 05/07/2020 08:20 AM

To: P.A Kang
Inmate Work Assignment: N/A

I been having alot of chest pain lately its also starting to effect my breathing i feel like its getting harder for me to breath when i be working out i be feeling like im about to pass out i would like to get that check ASAP PLEASE HELP ME MS.KANG!!

Date:   05/13/2020
Time:   07:11 AM

Facility: DC

## Federal Bureau of Prisons
## TRULINCS
## **Message**
## Sensitive But Unclassified

| Message |
| --- |

FROM: ███████████████          Inmate 86
TO: Sick Call
SUBJECT: ***Request to Staff*** ███████████████   NYM-E-N
DATE: 05/05/2020 08:08 PM

To: Dr. Beaudoin
Inmate Work Assignment: na

Thank you!!
-----Sick Call on 5/5/2020 9:22 AM wrote:

>
You will be placed on callout to pick up your records.

>>> ~^ ██████████████████@inmatemessage.com> 5/1/2020 1:23 PM >>>
To: Dr. Beaudoin
Inmate Work Assignment: na

Hi Dr. Beaudoin

My attorney has been asking me for a copy of my medical records so he could submit a motion to the court for my early release due to my health conditions and my increase risk of contracting COVID 19 with dire consequences. I messaged medical records March 31, April 21, and again today with no reply and no medical records being given to me. I have messaged several other people who I know and still haven't been able to get a copy of them. Could you please look into this for me? I really need these records so he can prove I qualify for an early release due to my medical history and my court date is June 11 only 6 weeks away.

Thank you so much!!

████████████████

Date:     05/13/2020                                      Federal Bureau of Prisons                                      Facility: DC
Time:     07:11 AM                                              TRULINCS
                                                                **Message**
                                                        Sensitive But Unclassified

| Message |
|---|

FROM: Sick Call
TO: ▨▨▨▨▨▨▨▨▨▨▨                            Inmate 94
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 11:52 AM

Scheduled for sick call.

>>> ~^!▨▨▨▨▨▨▨▨▨▨▨@inmatemessage.com> 4/22/2020 3:07 PM >>>
To: sick call
Inmate Work Assignment: none

I have attempts to be seen in sick call. my asthma symptoms have been bad lately and the abuterol inhaler is not sufficient to control the situation.

Date:    05/13/2020                                                                                          Facility: DC
Time:    07:11 AM                      **Federal Bureau of Prisons**
                                                      TRULINCS
                                                      **Message**
                                        Sensitive But Unclassified

## Message

FROM: Sick Call
TO [REDACTED]                                      Inmate 94
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 11:37 AM

Scheduled for sick call.

>>> ~ [REDACTED] @inmatemessage.com> 4/22/2020 3:07 PM >>>
To: sick call
Inmate Work Assignment: none

I have attempts to be seen in sick call. my asthma symptoms have been bad lately and the abuterol inhaler is not sufficient to control the situation.

Date:   05/13/2020                              Federal Bureau of Prisons                              Facility: DC
Time:   07:11 AM                                        TRULINCS
                                                        **Message**
                                                Sensitive But Unclassified

| **Message** |
|---|

FROM: Sick Call
TO: ███████████                          Inmate 324
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 11:22 AM

Scheduled for sick call.

>>> ~^! ██████████████@inmatemessage.com> 4/16/2020 9:39 AM >>>
To:
Inmate Work Assignment: medical

MY CHEST HURTS , I AM IN PAIN . AND I NEED MEDICAL ASSSISTANCE . . . i keep requesting help .. my breaths are short .
i b having pains in my lower back . . i need help . i need to go out for my outside appointment to see wats wrong with me

Date:    05/13/2020                                                                                      Facility: DC
Time:       07:11 AM

# Federal Bureau of Prisons
## TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: Sick Call
TO: ▓▓▓▓▓▓▓▓▓▓▓                    Inmate 235
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 11:02 AM

Scheduled for sick call.

>>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@inmatemessage.com> 3/15/2020 8:53 AM >>>
To: Doctor
Inmate Work Assignment: PRETRIAL

Hello, I have been sick for the past three days.  I have been coughing as well as mild fever.  I haven't been able to sleep because of the coughing and discomfort.  My Attornys from Isreal had come to visit me a few weeks ago and my cell mate has been requesting I goto medical to deal with this.  Please call me down so I can get checked out. Thanks

Date:    05/13/2020                                                    Facility: DC

Time:    07:11 AM

Federal Bureau of Prisons

TRULINCS

**Message**

Sensitive But Unclassified

| **Message** |
| --- |

FROM: Sick Call

TO ▓▓▓▓▓▓▓▓▓▓▓            Inmate 131

SUBJECT: RE:***Inmate to Staff Message***

DATE: 05/05/2020 10:32 AM

Scheduled for sick call.

>>> ▓▓▓▓▓▓▓▓▓▓▓▓▓@inmatemessage.com> 4/22/2020 8:57 PM >>>

To: mr thomas

Inmate Work Assignment: none

good day hope all is well im writing you again cause im still having pain in my upper chest area still have not had an ekg yet just want to make sure everyhting is ok casue time an time i have trouble breathing and also i need something too help me use the bathroom please and thank you

Date:    05/13/2020                                                                                    Facility: DC
Time:    07:11 AM                        Federal Bureau of Prisons
                                               TRULINCS
                                               **Message**
                                    Sensitive But Unclassified

| **Message** |
| --- |

FROM: Sick Call
TO ████████████                              Inmate 86
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 09:22 AM

You will be placed on callout to pick up your records.

>>> ~ ██████████████████@inmatemessage.com> 5/1/2020 1:23 PM >>>
To: Dr. Beaudoin
Inmate Work Assignment: na

Hi Dr. Beaudoin

My attorney has been asking me for a copy of my medical records so he could submit a motion to the court for my early release due to my health conditions and my increase risk of contracting COVID 19 with dire consequences. I messaged medical records March 31, April 21, and again today with no reply and no medical records being given to me. I have messaged several other people who I know and still haven't been able to get a copy of them. Could you please look into this for me? I really need these records so he can prove I qualify for an early release due to my medical history and my court date is June 11 only 6 weeks away.

Thank you so much!!

████████████████

Date:    05/13/2020                                       Federal Bureau of Prisons                                Facility: DC
Time:    07:11 AM                                                TRULINCS
                                                                **Message**
                                                      Sensitive But Unclassified

| **Message** |
|---|

FROM: Sick Call
TO:                                                      Inmate 261
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/05/2020 08:47 AM

You are scheduled for sick call.

>>> ~^                                    @inmatemessage.com> 5/4/2020 9:14 AM >>>
To:
Inmate Work Assignment: none

since we been on covid lockdown i havent stopped coughing up blood im not sure if its anything in paticular but it hasnt stopped
this is the 1rst time i been able to put it a sick call on the computer in a long time im not sure why

Date:    05/13/2020                                                                                               Facility: DC
Time:    07:11 AM

### Federal Bureau of Prisons
### TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓            Inmate 261
TO: Sick Call
SUBJECT: ***Request to Staff***▓▓▓▓▓▓▓▓▓▓   NYM-I-N
DATE: 05/04/2020 08:14 AM

To:
Inmate Work Assignment: none

since we been on covid lockdown i havent stopped coughing up blood im not sure if its anything in paticular but it hasnt stopped
this is the 1rst time i been able to put it a sick call on the computer in a long time im not sure why

Date:     05/13/2020                                                                    Facility: DC
Time:     07:11 AM

## Federal Bureau of Prisons
## TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: ██████████████████████     Inmate 86
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████████████     NYM-E-N
DATE: 05/01/2020 12:23 PM

To: Dr. Beaudoin
Inmate Work Assignment: na

Hi Dr. Beaudoin

My attorney has been asking me for a copy of my medical records so he could submit a motion to the court for my early release due to my health conditions and my increase risk of contracting COVID 19 with dire consequences. I messaged medical records March 31, April 21, and again today with no reply and no medical records being given to me. I have messaged several other people who I know and still haven't been able to get a copy of them. Could you please look into this for me? I really need these records so he can prove I qualify for an early release due to my medical history and my court date is June 11 only 6 weeks away.

Thank you so much!!

██████████████████

Date:    05/13/2020                              Federal Bureau of Prisons                                    Facility: DC
Time:    07:11 AM                                        TRULINCS
                                                          **Message**
                                              Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓                            Inmate 344
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , NYM-K-N
DATE: 04/30/2020 07:36 PM

To: Doctor
Inmate Work Assignment: Doctor

Hello,

The medical staff at the MCC in January told me that I may have a heart issue. They said, that I need to have an EKG and Ultrasound. Until now, I have not been given either. Can I please at least get the EKG? I am pretty concerned, especially after I had contracted the coronavirus. I am feeling much better than before but still coughing. Can I get something for the cough and see the doctor?

Can you schedule an EKG?

Thank you,
Fred

Date:    05/13/2020                                                                                         Facility: DC
Time:    07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
|---|

FROM:                                                Inmate 131
TO: Sick Call
SUBJECT: ***Request to Staff***                                           NYM-K-N
DATE: 04/22/2020 07:57 PM

To: mr thomas
Inmate Work Assignment: none

good day hope all is well im writing you again cause im still having pain in my upper chest area still have not had an ekg yet just
want to make sure everyhting is ok casue time an time i have trouble breathing and also i need something too help me use the
bathroom please and thank you

20 Civ. 3315                            Subject to Protective Order                            MCC 0216

Date:    05/13/2020                                                                                    Facility: DC
Time:    07:11 AM

### Federal Bureau of Prisons
### TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
|---|

FROM ████████████████        Inmate 94
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████    NYM-K-S
DATE: 04/22/2020 02:07 PM

To: sick call
Inmate Work Assignment: none

I have attempts to be seen in sick call. my asthma symptoms have been bad lately and the abuterol inhaler is not sufficient to control the situation.

Date:    05/13/2020                                                    Facility: DC
Time:       07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
|---|

FROM: ▓▓▓▓▓▓▓▓▓▓    Inmate 324
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓    NYM-G-S
DATE: 04/22/2020 12:54 PM

To:
Inmate Work Assignment: medical

I Got teamed By the sort Team Back in March And I complained about Not being able to breath since i was hit with a granade and alot of mase , unnessasary use of mase and paint balls and granades and My breathing has been not normal and after the team i was placed in Hard restraints , and the cuffs were so tight that my wrist on my left hand still has no felling , i keep requesting medical help and medical records to ensure that my medical issues are being placed on file and nobody is doing nothing .. i would also file a bp9 but we have no UNIT TEAM ... i need my medical assistance . i just also had chest pains last week and wrote a cop out and nothing happed

Date:    05/13/2020                                                                                          Facility: DC
Time:      07:11 AM

### Federal Bureau of Prisons
### TRULINCS
### **Message**
### Sensitive But Unclassified

| Message |
| --- |

FROM:                                              Inmate 343
TO: Sick Call
SUBJECT: ***Request to Staff***                                          NYM-K-N
DATE: 04/17/2020 03:05 PM

To: ANY MEDICAL STAFF
Inmate Work Assignment: M.D

IVE BEEN EXPERIENCING SHORT BREATH,WEEZING , CHEST PAINS ,AND MY RIGHT ARM IS GOING TO SLEEP .... I
EXPLAIN THIS TO SOME OF THE STAFF , MEDICAL (MR. CING) WHEN THEY WALK IN THE AM AND THE EVENING ....I
KNOW YOU HAVE ALOT OF WORK BUT  I WOULD REALLY APPRECIATE IT IF YOU GET BACK TO ME . THANK YOU

Date:      05/13/2020                              Federal Bureau of Prisons                                    Facility: DC
Time:      07:11 AM                                         TRULINCS
                                                            **Message**
                                                 Sensitive But Unclassified

**Message**

FROM: ███████████████              Inmate 94
TO: Sick Call
SUBJECT: ***Request to Staff***  ████████████████████████  NYM-K-S
DATE: 04/17/2020 10:00 AM

To: sick call
Inmate Work Assignment: none

my atsthma symptoms have been increaslingly bad. the rescue inhaler has not been enought to control the symptoms

Date:    05/13/2020                                                                          Facility: DC
Time:    07:11 AM

## Federal Bureau of Prisons
## TRULINCS
## **Message**
## Sensitive But Unclassified

| Message |
| --- |

FROM: ███████████████        Inmate 692
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████, NYM-G-N
DATE: 04/16/2020 02:23 PM

To: etc
Inmate Work Assignment: etc

I been asking for my ashuma pump for a week now and my chest been giving me problems when I breath I been telling the nurses and the staffs

Date:     05/13/2020                                              Facility: DC
Time:     07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

**Message**

FROM: ▓▓▓▓▓▓▓▓▓           Inmate 324
TO: Sick Call
SUBJECT: ***Request to Staff***  ▓▓▓▓▓▓▓▓▓▓▓   NYM-G-S
DATE: 04/16/2020 08:39 AM

To:
Inmate Work Assignment: medical

MY CHEST HURTS , I AM IN PAIN . AND I NEED MEDICAL ASSSISTANCE . . . i keep requesting help .. my breaths are short .
i b having pains in my lower back . . i need help . i need to go out for my outside appointment to see wats wrong with me

Date:    05/13/2020                                                          Facility: DC

Time:    07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: ▮▮▮▮▮▮▮▮▮          Inmate 94
TO: Sick Call
SUBJECT: ***Request to Staff*** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  NYM-K-S
DATE: 04/15/2020 01:23 PM

To: sick call
Inmate Work Assignment: none

I have asthma. Been having difficulty breathing lately and the abuterol inhaler has not been sufficient. Informed Med Line on both AM and PM shifts, Was told to put in a sick call request. Informed C/O on duty today, and was again told to put in sick call request. I need access to a nebulizer.

Date:  05/13/2020                                    Facility: DC
Time:  07:11 AM

### Federal Bureau of Prisons
### TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▮▮▮▮▮▮▮▮▮▮▮▮▮        Inmate 254
TO: Sick Call
SUBJECT: ***Request to Staff*** ▮▮▮▮▮▮▮▮▮▮▮▮▮ NYM-K-N
DATE: 04/15/2020 12:19 PM

To: Mrs.Khang, Mr.Columbo
Inmate Work Assignment: N/A

My respiratory system is not well. My lungs are always aching me and this is not normal for me at all, on the inhale is pain occasionally and consistantly at the sametime, i hope that makes since. And  i swear its like i can only smell the inside of my body for at least the last week unless there a very strong other odor! Im truly scared, i heard on the radio people are dying from lung issues without any fever and i dont want to be one of them. I dont have any prior lung problems or respiratory issues this is not suppose to be happening!

| | | |
|---|---|---|
| Date: | 05/13/2020 | |
| Time: | 07:11 AM | |

Federal Bureau of Prisons

TRULINCS

**Message**

Sensitive But Unclassified

Facility: DC

| **Message** |
|---|

FROM: ████████████████         Inmate 343
TO: Sick Call
SUBJECT: ***Request to Staff***████████████████, NYM-K-N
DATE: 04/08/2020 01:03 PM

To: M.D
Inmate Work Assignment: medical

to anyone that works in medical department thats willing to help ive been putting in several request because my asthma is giving me problems ... it keeps me up most of the night . i can not sleep .my chest , constant cough that i can not control , short breathing, weezing... its very over whilming .... please if you can response back ( the least ) if you are busy.thank you enjoy your day

Date:     05/13/2020                                                                          Facility: DC
Time:     07:11 AM

## Federal Bureau of Prisons
### TRULINCS
**Message**
Sensitive But Unclassified

---

### Message

FROM: ▒▒▒▒▒▒▒▒▒▒▒▒                    Inmate 19
TO: Sick Call
SUBJECT: ***Request to Staff*** ▒▒▒▒▒▒▒▒▒▒▒▒  NYM-G-N
DATE: 04/08/2020 12:39 PM

To: etc
Inmate Work Assignment: n/a

i been having a lot of leg pain i been telling staff about my conditions also i been having chest pains and i have asthma. i been lock in the cell for days at a time . i havent been seen by physc or anything. all of this is overwhelming .

Date:    05/13/2020                                                                                                    Facility: DC

Time:    07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓                          Inmate 344
TO: Sick Call
SUBJECT: ***Request to Staff***    ▓▓▓▓▓▓▓▓▓▓    NYM-K-N
DATE: 04/08/2020 10:42 AM

To: Doctor
Inmate Work Assignment: Doctor

Hello, I am currently in 11 North. For the past 10 days I have experienced sysmptons related to the coronavirus. I have had the chills, body aches, fatigue and experienced heavy coughing. I find it hard to breathe at times. I avoid taking deep breathes because it feels like my lungs get congested or filled with some type of fluid.

Most of the people in my tier are sick. I would say 13 out of the 16 inmates in my tier are sick. The quarantine is a good idea. I know not much can be done but is it possible to get some type of medication that will help alleviate the coughing? What about taking an antibiotic like Z-pak? This feels like a respiratory illness and I don't think the coughing will entirely go away without antibiotics.

Thank you

Date:    05/13/2020                          Federal Bureau of Prisons                          Facility: DC

Time:    07:11 AM                                  TRULINCS

**Message**

Sensitive But Unclassified

| **Message** |
| --- |

FROM: ███████████████████                    Inmate 677

TO: Sick Call

SUBJECT: ***Request to Staff*** ████████████████████                    NYM-K-N

DATE: 04/08/2020 10:02 AM

To: dr robert beaudoin

Inmate Work Assignment: n/a

POR ESTE  medio una ves mas les informo que necesito ayuda medica desde la semana pasada e  presentado todos los
sintimas del cora virus el primer dia fiebre me tome algo y me la quito mucho dolor de cuerpo una toz interminable que de tanto
toser me duelen los punmones pechos y garganta ,dolor de cabeza ,no tengo olfato no tengo gusto ,pero lo mas terrible es la
toz no me deja ni rispeirar bien me a dado vomito de tanto que toso el viernes me ausste mucho y me le reporte a la guardia
grifit y me dijo que no me reportara que no ahy medicos y lo que podia llevarme para la caja ese dia medio fiebre en la
madrugada y de tanto que vomite .solo les quiero decir aqui todos en esta unidad tenemos sintomas estamos de una manera u
otra afectado por el virus solo que no presentamos fiebre si ustedes hacen un revision todos las tenemos espero que tomen
esto en cuenta y me ayuden al menos controlar esta toz es muy decesperante todo lo que como lo bomito por que dure 4 diaz
sin apetito no es que tengo mucho pero mas que ante si pero no puedo comer nada vomito todo grax por su atencion es[erp
tomen esto en cuenta gracias

Date:     05/13/2020                                                                                          Facility: DC
Time:     07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      Inmate 343
TO: Sick Call
SUBJECT: ***Request to Staff*** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ NYM-K-N
DATE: 04/07/2020 12:07 PM

To: DOCTOR B
Inmate Work Assignment: M.D MEDICAL

ASTHMA IS BOTHERING ME THE PUMP DOESN'T WORK NEED ASSISTANCE PLEASE TIGHT CHEST CONSTANT
COUGH

Date:      05/13/2020                          Federal Bureau of Prisons                                    Facility: DC
Time:      07:11 AM                                    TRULINCS
                                                       **Message**
                                              Sensitive But Unclassified

| Message |
|---|

FROM:                                          Inmate 328
TO: Sick Call
SUBJECT: ***Request to Staff***                                          NYM-E-N
DATE: 04/06/2020 12:22 PM

To:
Inmate Work Assignment: NONE

I GOT ASMA I STAR HAVE BEEN PROBLEM TO BREATH PLIZ HELP ME DONT LET ME DAETH

Date:    05/13/2020                                                                                              Facility: DC
Time:    07:11 AM

### Federal Bureau of Prisons
### TRULINCS
### **Message**
### Sensitive But Unclassified

---

## Message

FROM: ████████████████████████                    Inmate 343
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████████    NYM-K-N
DATE: 04/03/2020 12:37 PM

To: MR ROBERT . B  MD
Inmate Work Assignment: NA

MY ASTHMA PUMP NOT WORKING MY CHEST BEEN GETTING TIGHT I BEEN HAVING SHORT OF BREATH AND
COUGHI NEED TO GET A FALLOW UP ON MY ASTHMA ASAP THANK YOU !!!

Date:     05/13/2020                                           Facility: DC
Time:     07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
| --- |

FROM:  ██████████████████                    Inmate 669
TO: Sick Call
SUBJECT: ***Request to Staff***  ████████████████████████  NYM-G-N
DATE: 03/30/2020 12:30 PM

To:
Inmate Work Assignment: NONE

I NEED A ASMAH PUMP AS SOOM AS POSSIBLE BEEN SHORT OF BREATH AND ON VERGE OF A ASMAH ATTACK AND
MAY NEED TO SEE A DOCTOR FOR THE 10TH TIME IM WRITTING TO ASK TO SEE A DOCTOR

20 Civ. 3315                  Subject to Protective Order                  MCC 0232

Date:      05/13/2020                                                                                    Facility: DC
Time:      07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: ███████████████████              Inmate 174
TO: Sick Call
SUBJECT: ***Request to Staff*** █████████████████████  NYM-G-S
DATE: 03/30/2020 12:30 PM

To:
Inmate Work Assignment: none

i dont know if it waS filled or not but i dont have it  and i havent had my meds since the california officers lost all of our property on the 25th of feb. which means i am at serve risk of getting corona virus and dying. just get me the meds please , find them or fill out another prescription

Date:   05/13/2020                                                                                    Facility: DC
Time:      07:11 AM

### Federal Bureau of Prisons
### TRULINCS
### **Message**
### Sensitive But Unclassified

| Message |
|---|

FROM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         Inmate 577
TO: Sick Call
SUBJECT: ***Request to Staff***▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  NYM-E-N
DATE: 03/30/2020 10:07 AM

To: SICK CALL
Inmate Work Assignment: NONE

feel icky hot then cold then hot manly at night i been eating fine my body doesn't hurt and i have a cough NOTHING COMES UP WITH IT so not sure if its just a cold i think it is.. i have h.i.v so I'm just trying to be safe maybe i can get my temp checked??? thk you have a good day be safe out there

20 Civ. 3315                        Subject to Protective Order                        MCC 0234

Date:      05/13/2020                                                                                      Facility: DC

Time:      07:11 AM

Federal Bureau of Prisons

TRULINCS

**Message**

Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓▓                                    Inmate 764

TO: Sick Call

SUBJECT: ***Request to Staff** ▓▓▓▓▓▓▓▓▓▓ NYM-K-S

DATE: 03/29/2020 06:32 PM

To: Dr. Joaquin

Inmate Work Assignment: Cadre

I feel like I'm dying I need help please. I have aches all over my body , i cant taste or smell any food ,I wake up im cold sweats , I have a dry cough and had a headache for 7days straight !!! help me Im suffering !!!!!!!!!!!!!!!!!

Date:     05/13/2020                                                                                          Facility: DC
Time:     07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
|---|

FROM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           Inmate 174
TO: Sick Call
SUBJECT: ***Request to Staff***    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   NYM-G-S
DATE: 03/29/2020 11:51 AM

To: MEDICAL
Inmate Work Assignment: NONE

I HAVE NOT RECIEVED MY BIKTARVY HIV MEDS SINCE THEY WERE TAKEN BY STAFF FEB 25TH.
PLEASE, I AM IN DIRE NEED OF THIS MEDICATION BECAUSE OF THE VIRUS THAT IS AROUND. I HAVE TOLD MEDICAL
OFFICERS AND UNIT MANAGERS AS WELL AS OFFICERS.

Date:   05/13/2020                                              Facility: DC
Time:   07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓                          Inmate 254
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   NYM-K-N
DATE: 03/28/2020 12:16 PM

To: Mr.Thomas
Inmate Work Assignment: N/A

Im currently having occasional hot flashes in my head, the other night i was having cold sweats all night,really cold but sweating and then really hot all over,but my temperture was only a little above average, sometimes from my nose up feels a little tight for about a minute or two, everything is on and off though, also at times my stomach feels a little off not really crazy pain but uncomfortable and ill feel as if i have to throw up for about three minutes! Im not saying i believe i have covid-19 but im for sure worried and would like to find out exactly whats going on with my body!

20 Civ. 3315              Subject to Protective Order              MCC 0237

Date:      05/13/2020                                                                                          Facility: DC
Time:      07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
|---|

FROM:                                          Inmate 174
TO: Sick Call
SUBJECT: ***Request to Staff***                                   NYM-G-S
DATE: 03/27/2020 06:35 PM

To:
Inmate Work Assignment: none

hello i am requesting sick call, i have some cough and difficulty breathing as well as thick mucus in my throat. this started about
2 days ago.

Date:    05/13/2020                          Federal Bureau of Prisons                          Facility: DC
Time:    07:11 AM                                      TRULINCS
                                                       **Message**
                                              Sensitive But Unclassified

| **Message** |
| --- |

FROM: ████████████████████████         Inmate 569
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████████         NYM-E-S
DATE: 03/27/2020 02:25 PM

To:
Inmate Work Assignment: bolck

buena  tarde  doctores  le  escribo  porque  no me siento  bien  de  saluz  tengo  poco  animo  y  tupicion  y  un  poco  dificultad
para  respiral  gracia  por  su  att sergio  polanco

Date:   05/13/2020                              Federal Bureau of Prisons                              Facility: DC
Time:   07:11 AM                                        TRULINCS
                                                        **Message**
                                                Sensitive But Unclassified

| **Message** |
|---|

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    Inmate 444
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, NYM-K-S
DATE: 03/25/2020 01:01 PM

To: medical
Inmate Work Assignment: n/a

i'm in extreme pain and i have flue like symtoms this is a whole week  i put in a sick call request and have not seen anyone in a whole week

Date:    05/13/2020                              Federal Bureau of Prisons                                    Facility: DC
Time:    07:11 AM                                       TRULINCS
                                                        **Message**
                                                Sensitive But Unclassified

| **Message** |
| --- |

FROM: ████████████████                         Inmate 482
TO: Sick Call
SUBJECT: ***Request to Staff*** █████████████████████   NYM-K-N
DATE: 03/21/2020 05:26 PM

To: Dr. thomas
Inmate Work Assignment: None

hello Dr.

Its not getting better and I really need medicine. I am not able to sleep and breathe properly in the night as well. Please take care of this. I really need medicine badly. The throat roughness is too much and I have been sneezing and coughing since last 4 -5 days.

Regards

Date:    05/13/2020                                                                                          Facility: DC
Time:       07:11 AM                        Federal Bureau of Prisons
                                                  TRULINCS
                                                  **Message**
                                        Sensitive But Unclassified

| **Message** |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓▓          Inmate 361
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓ NYM-E-N
DATE: 03/21/2020 02:47 PM

To: Doctor
Inmate Work Assignment: !!!!!!

????????????
--- ▓▓▓▓▓▓▓ n 3/20/2020 2:55 PM wrote:

>

I've been experiencing Flu like symptoms and would like to be tested for the COVID-19 ASAP Please

Date:    05/13/2020                                    Facility: DC
Time:    07:11 AM

# Federal Bureau of Prisons
## TRULINCS
**Message**
Sensitive But Unclassified

**Message**

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    Inmate 482
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    NYM-K-N
DATE: 03/21/2020 01:13 PM

To: Dr. Thomas
Inmate Work Assignment: None

Hello Dr.

Its the 3rd email and 7th request to please help me with the Cough and Cold, Sneezing and Coughing. My throat is paining a lot and its all roughness in the throat and nose. I cant even breathe properly because while breathing, My nose is burning. I have to to put some clothe on the nose and then breathe.

Waiting for your response.

Regards

Date:     05/13/2020                        Federal Bureau of Prisons                        Facility: DC
Time:     07:11 AM                                  TRULINCS
                                            **Message**
                                    Sensitive But Unclassified

| Message |
| --- |

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓                          Inmate 361
TO: Sick Call
SUBJECT: ***Request to Staff***▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓NYM-E-N
DATE: 03/20/2020 02:55 PM

To: SICK CALL
Inmate Work Assignment: SICK CALL

I've been experiencing Flu like symptoms and would like to be tested for the COVID-19 ASAP Please

20 Civ. 3315                    Subject to Protective Order                    MCC 0244

Date:    05/13/2020                              Federal Bureau of Prisons                           Facility: DC
Time:    07:11 AM                                        TRULINCS
                                                          **Message**
                                                Sensitive But Unclassified

| **Message** |
| --- |

FROM: ██████████████                    Inmate 482
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████████  NYM-K-N
DATE: 03/20/2020 01:02 PM

To: Dr. Thomas
Inmate Work Assignment: None

Hello Dr.

I have informed you in person as well regarding the symtoms and conditions I am facing. Please get me the medicine as a lot of cold and sneezing is not good for me nor for the other inmates as well.I have not been called till now.

regards
██████████

Date:    05/13/2020                          Federal Bureau of Prisons                          Facility: DC
Time:       07:11 AM                                    TRULINCS
                                                        **Message**
                                               Sensitive But Unclassified

| **Message** |
| --- |

FROM: ███████████████                  Inmate 482
TO: Sick Call
SUBJECT: ***Request to Staff*** █████████████████   NYM-K-N
DATE: 03/19/2020 06:43 AM

To: Dr. Thomas
Inmate Work Assignment: None

Hello Team

I have been suffering from Cold from cough and pain in throat. Pain like of Tonsils in throat.I have already informed about the same 2-3 times last week early to the medical officers but I was never called for the same. After that I felt a little better. But since last 2 days the cough, cold,sneezing is again too much and the pain in the throat is also too much. I want to get it tested and need medical for the same at the earliest. Please consider it urgent.

Regards
███████████

Date:    05/13/2020                                                                                    Facility: DC
Time:    07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
|---|

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓                Inmate 331
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        NYM-G-S
DATE: 03/18/2020 06:59 PM

To:
Inmate Work Assignment: NONE

BUENA NOCHE YO QUISIERA HACER UNA SITA PARA LOS MAS RAPIDO POSIBLE TENGO MUCHO DOLOR DE PECHO
Y DE ESTOMAGO SOY UNA PERSONA MAYOR DE EDAD POR FAVOR ESPERO SU REPUESTA LOS MAS RAPIDO
POSIBLE MUCHA GRACIAS

Date:   05/13/2020

Time:   07:11 AM

Facility: DC

### Federal Bureau of Prisons
### TRULINCS
### **Message**
### Sensitive But Unclassified

| **Message** |
| --- |

FROM: ████████████      Inmate 715
TO: Sick Call
SUBJECT: ***Request to Staff*** ███████████████, NYM-G-N
DATE: 03/18/2020 01:52 PM

To: medical
Inmate Work Assignment: N/A

to whom it may concern i would like to be seen by sick call i have been feeling really since lately I've had a dry cough for the past few days and fever like symptoms.. can you please take me down so you can check me out .. thank uu

Date:      05/13/2020                              Federal Bureau of Prisons                              Facility: DC
Time:      07:11 AM                                         TRULINCS
                                                           **Message**
                                                 Sensitive But Unclassified

## Message

FROM: ██████████████████                    Inmate 328
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████████  NYM-E-N
DATE: 03/16/2020 01:12 PM

To:
Inmate Work Assignment: none

fiebre no etupio de la nari cansado me siento

Date:    05/13/2020                                                                                              Facility: DC
Time:        07:11 AM

## Federal Bureau of Prisons
## TRULINCS
**Message**
Sensitive But Unclassified

---

| Message |
| --- |

FROM:                                          Inmate 235
TO: Sick Call
SUBJECT: ***Request to Staff***                              NYM-E-N
DATE: 03/15/2020 07:53 AM

To: Doctor
Inmate Work Assignment: PRETRIAL

Hello, I have been sick for the past three days.  I have been coughing as well as mild fever.  I haven't been able to sleep because of the coughing and discomfort.  My Attornys from Isreal had come to visit me a few weeks ago and my cell mate has been requesting I goto medical to deal with this.  Please call me down so I can get checked out. Thanks

Date:   05/13/2020                                   Facility: DC
Time:   07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| **Message** |
| --- |

Inmate 81

FROM: ██████████████
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████   NYM-G-N
DATE: 03/14/2020 03:00 PM

To:
Inmate Work Assignment: lungs

i have a lung condition called sarcodoise and lately ive been feel sick , cant breath like that some times i need to be seen asap...

Date:      05/13/2020                                                Facility: DC
Time:      07:11 AM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: ████████████                          Inmate 268
TO: Sick Call
SUBJECT: ***Request to Staff***  ████████████████   NYM-K-S
DATE: 03/14/2020 08:58 AM

To: medical
Inmate Work Assignment: none

my stomach has been bothering me for the past 2 weeks. i keep telling staff but havent been seen yet

Date:     05/13/2020                                                                                          Facility: DC
Time:     07:11 AM

### Federal Bureau of Prisons
### TRULINCS
### **Message**
### Sensitive But Unclassified

| **Message** |
| --- |

FROM: ████████████████████          Inmate 434
TO: Sick Call
SUBJECT: ***Request to Staff*** ████████████████ NYM-E-S
DATE: 03/12/2020 03:29 PM

To:
Inmate Work Assignment: medical

i have been feeling very sick i need some medical attenion my stomach and also my body is feeling abnormal . please
consisder my aknwledgement .

20 Civ. 3315                              Subject to Protective Order                              MCC 0253

Date:    05/13/2020                    Federal Bureau of Prisons                         Facility: DC
Time:    07:11 AM                            TRULINCS
                                            **Message**
                                    Sensitive But Unclassified

**Message**

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              Inmate 677
TO: Sick Call
SUBJECT: ***Request to Staff*** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, NYM-K-N
DATE: 03/10/2020 01:15 PM

To: dr  robert beaudoin
Inmate Work Assignment: n/a

buenas tarde por este medio una ves mas le informa que necesito ayuda medica de emergencia desde el dia 8 de diciembre le
e mandado mensajes y le e dicho en persona a todo el personal de la institucion que no podio  respirar bien desde el dia del
incendio y que me di un golpe mas que necesito urgente mente que me revisen tengo una ernia en un testiculo y no aguanto el
dolor mas que eso tengo anciedad y siento que me ahogo en una celda por que sufro de claustrofobia por esa razon me
movieron del 5 n al 11s no lo hago como exigencia es que enverdad necesito ayuda medica ahora despues del maltrato que se
nos an hecho de los golpe en la cabeza que me dieron una patada necesito mas que nunca un medico me duele la cabeza en
pocas palabras e tratado por todo los medios de llegar a ver un medico y se me acoibido de mi derecho lo e hecho de forma
pasifica y amable porfavor no aguanto el dolor de cabeza de la patada y mis genitales me duelen solo es de favor si es posible
nunca le e dado problema no fumo no soy de problemas solo quiero ver un medico ahora mas que estoy en una celda siento
que me adficio que me falta el aire y que no puedo respirar porfavor a quien pueda leer este msj ayudeme ..gracias