# EXHIBIT 40

Response to Document Request No. 5 - Inmate Requests for Compassionate Release

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| MCC declined to file a motion seeking compassionate release in response to any of these requests because the requests did not satisfy the criteria provided for by BOP Program Statement 5050.50. | | | | | | |

| Litig. No. |
|---|
| 3 |
| 4 |
| 7 |
| 8 |
| 13 |
| 16 |
| 21 |
| 26 |
| 29 |
| 40 |
| 47 |
| 56 |
| 59 |
| 61 |
| 64 |
| 65 |
| 70 |
| 79 |
| 94 |
| 96 |
| 110 |
| 111 |
| 112 |
| 113 |
| 120 |
| 121 |
| 122 |
| 123 |
| 126 |
| 140 |
| 141 |
| 151 |
| 166 |
| 173 |
| 175 |
| 177 |

Page 1 of 2

Response to Document Request No. 5 - Inmate Requests for Compassionate Release

| Litig. No. |
|---:|
| 187 |
| 193 |
| 281 |
| 284 |
| 319 |
| 387 |
| 389 |
| 399 |
| 415 |
| 423 |
| 425 |
| 531 |
| 541 |
| 564 |
| 567 |
| 614 |
| 628 |
| 658 |
| 685 |
| 693 |
| 701 |
| 709 |
| 716 |
| 737 |
| 746 |
| 747 |
| 750 |
| 751 |
| 752 |
| 748 |
| 749 |