UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR FERNANDEZ-RODRIGUEZ, ROBER GALVEZ-CHIMBO, SHARON HATCHER, JONATHAN MEDINA, and JAMES WOODSON, individually and on behalf of all others similarly situated,<br><br>                          Petitioners,<br><br>              – v. –<br><br>MARTI LICON-VITALE, in her official capacity as Warden of the Metropolitan Correctional Center,<br><br>                          Respondent. | **ORDER**<br><br>20 Civ. 3315 (ER) |

RAMOS, D.J.:

      A status conference will be held on May 29, 2020 at 2:00 p.m. The parties are instructed to call (877) 411-9748 and type in the access code 3029857. The principal subject of the status conference will be logistics for the preliminary injunction hearing to be held on June 2, 2020.

Dated:    May 27, 2020
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.