

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

150 Park Row
New York, New York 10007

June 19, 2020

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Cesar Fernandez-Rodriguez, et al. v. Marti Licon-Vitale*
             Civil Action No. 20 Civ. 3315 (ER)

Dear Judge Ramos:

    I am providing Your Honor with the following information as detailed in my May 29, 2020, letter:

- The number of inmates tested for COVID-19 and the number who have tested positive since the last report: **Inmates tested: 34    Inmates tested positive: 1**

- The number of inmates who MCC medical staff has determined to have symptoms of COVID-19 since the last report and confirmation that contact tracing investigations have been completed (or are underway) for each of them: **1**

- The current number of inmates in isolation for suspected or confirmed COVID-19 infection: **1**

- The number of staff who have informed MCC that they had tested positive for COVID-19 since the last report, and confirmation that contact tracing investigations have been completed (or are underway) for each of them: **0**

- Confirmation that handwritten and electronic sick call requests are being reviewed daily and that inmates are being timely scheduled for medical appointments based on medical need and staff resources: **I have confirmed that all sick call requests have been reviewed by medical staff daily and inmates have been timely scheduled for medical appointments**

Cesar Fernandez-Rodriguez, et al. v. Marti Licon-Vitale
June 19, 2020
Page 2

- Confirmation that hygiene and cleaning supplies have been distributed in all inmate units since the last report: **I have confirmed that hygiene and cleaning supplies have been distributed to the inmate units since my May 29, 2020, letter**

- The number of MCC inmates released pursuant to: compassionate release, full term release, good credit time, and MCC referrals to home confinement or a residential reentry center since the last report: **Total number of releases: 14; total number HC and RRC referrals: 8**

- A redacted list of inmates who have been denied home confinement, and the justifications for those denials, since the last report: **see attached**

I will provide Your Honor with an update no later than July 2.

Thank you for Your Honor's attention to this significant matter.

Respectfully submitted,

M. Licon-Vitale
Warden
MCC New York

| INMATE NAME | REGISTER NO. | JUSTIFICATION FOR DENIAL |
|---|---|---|
| ███████████ | ███████████ | Pending charges for sex assualt; Current violence, LOW RISK rec, fines |
| | | Current violence, HIGH RISK rec, RRC date on 7-15-2020 |
| | | Medium RISK rec, History of violence, RRC date on 7-1-2020 |
| | | Medium RISK rec, Delayed approval for relocation |
| | | High Risk rec, Pending charges |