

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

*150 Park Row*

*New York, New York 10007*

November 13, 2020

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley SquareNew York, NY 10007

      Re:   *Cesar Fernandez-Rodriguez, et al. v. Marti Licon-Vitale*
             Civil Action No. 20 Civ. 3315 (ER)

Dear Judge Ramos:

As promised in my May 29 letter to the Court, please find the following information:

- The number of inmates tested for COVID-19 and the number who have tested positive since the last report(October 30): **77 inmates, and 1 positive.**

- The number of inmates who MCC medical staff has determined to have symptoms of COVID-19 since the last report and confirmation contact tracing investigations have been completed (or are underway) for each of them; **None.**

- The current number of inmates in isolation for suspected or confirmed COVID-19 infection; **1.**

- The number of staff who have informed MCC they tested positive for COVID-19 since the last report, and confirmation contact tracing investigations have been completed (or are underway) for each of them; **0.**

- Confirmation handwritten and electronic sick call requests are being reviewed daily and inmates are being timely scheduled for medical appointments based on medical need and staff resources. **Electronic and paper sick calls are being reviewed daily, and the inmates are being evaluated by a medical provider based on medical need and staff resources.**

Cesar Fernandez-Rodriguez, et al. v. Marti Licon-Vitale
October 30, 2020
Page 2

- Confirmation hygiene and cleaning supplies have been distributed in all inmate units since the last report; **Yes.**

- The number of MCC inmates released pursuant to: compassionate release, full term release, good cronduct time release, and MCC referrals to home confinement or a residential reentry center since the last report; **10**

- A redacted list of inmates who have been denied home confinement, and the justifications for those denials, since the last report. **None.**

My next update will be on November 27, 2020. I thank the Court for its attention to this significant matter.

                                            Respectfully submitted,

                                            M. Licon-Vitale
                                            Warden
                                            MCC New York