**MEMO ENDORSED**

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T   +1 212 841 1000

By ECF                                                          March 4, 2021

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   **Fernandez-Rodriguez et al. v. Licon-Vitale**, No. 20 Civ. 3315 (ER)

Dear Judge Ramos:

The parties in the above-captioned action write jointly to request that the Court extend the deadline to file a joint letter regarding the need for further discovery in this litigation from March 5, 2021, to March 19, 2021.

Respondent completed production of email documents for all custodians on March 2, 2021.  The parties are now engaged in productive meet and confer discussions regarding additional discovery necessary for this litigation.  The parties endeavor to reach a compromise on additional discovery requests and a proposed discovery schedule, and seek a two-week extension in order to continue their discussions.

Respectfully submitted,

*s/ Arlo Devlin-Brown*

Arlo Devlin-Brown
Andrew A. Ruffino
Alan Vinegrad
Timothy C. Sprague

CC:     Counsel for Respondent by ECF.

The application is __X__ granted
                  _____ denied

Edgardo Ramos, U.S.D.J
Dated: 3/4/2021
New York, New York