UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR FERNANDEZ-RODRIGUEZ, REDHWAN ALZANAM, ROBERT BARNES, MICHAEL FALU, GREGORY FERRER, CHRIS KARIMBUX, WILLIAM PASCAL, and JORGE SOTO, individually and on behalf of all others similarly situated,<br><br>Petitioners,<br><br>-v.-<br><br>RAUL MALDONADO, in his official capacity as Acting Warden of the Metropolitan Correctional Center,<br><br>Respondent. | No. 20 Civ. 3315 (ER) |

**STIPULATION [AND ORDER] OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**

WHEREAS, the above-captioned action was commenced with the filing of a Petition on April 28, 2020 (ECF No. 1), and a First Amended Petition was filed on January 13, 2021 (ECF No. 118); and

WHEREAS, the Parties have agreed that Petitioners will voluntarily dismiss their claims without prejudice, and Respondent will continue providing voluntary status report updates to the Court, consistent with former Warden Licon-Vitale's May 29, 2020 letter to the Court (ECF No. 60.1), until the end of the Bureau of Prisons' COVID-related modified operations at the Metropolitan Correctional Center ("MCC"), although these reports will be submitted monthly going forward;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. All claims asserted in this action are dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without fees (including attorney's fees) or costs to any party.

2. This action is hereby placed on the suspense docket until Respondent notifies this Court that the Bureau of Prisons has ended its COVID-related modified operations at MCC, to permit the continued filing of the above-referenced status reports.  Once Respondent has notified the Court that modified operations have ended at MCC, the Clerk of the Court is respectfully requested to close this case.

Dated:  New York, New York
        July 16, 2021

| | |
|---|---|
| _____<br>Arlo Devlin-Brown<br>Andrew A. Ruffino<br>Alan Vinegrad<br>Timothy C. Sprague<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: (212) 841-1000<br>adevlin-brown@cov.com<br>aruffino@cov.com<br>avinegrad@cov.com<br>tsprague@cov.com<br><br>*Counsel to Petitioners* | AUDREY STRAUSS<br>United States Attorney<br>Southern District of New York<br><br>By: _____<br>Jean-David Barnea<br>Jessica Jean Hu<br>Allison Rovner<br>Assistant United States Attorneys<br>86 Chambers Street<br>New York, New York 10007<br>Tel: (212) 637-2679/2726/2691<br>Jean-David.Barnea@usdoj.gov<br>Jessica.Hu@usdoj.gov<br>Allison.Rovner@usdoj.gov<br><br>*Counsel to Respondent* |

**SO ORDERED:**

Dated: July __19__, 2021

_____
The Honorable Edgardo Ramos
United States District Judge