

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*
*150 Park Row*
*New York, New York 10007*

August 20, 2021

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley SquareNew York, NY 10007

      Re:   *Cesar Fernandez-Rodriguez, et al. v. Marti Licon-Vitale*
             Civil Action No. 20 Civ. 3315 (ER)

Dear Judge Ramos:

Consistent with former Warden Licon-Vitale's May 29, 2020, letter to the Court, I submit this letter to provide the Court with the following information:

- The number of inmates tested for COVID-19 and the number who have tested positive since the last report June 4); **there have been 233 inmates tested, and 0 inmates have tested positive.**

- The number of inmates who MCC medical staff has determined to have symptoms of COVID-19 since the last report and confirmation contact tracing investigations have been completed (or are underway) for each of them; **no inmates have been determined by medical staff to have symptoms of COVID-19.**

- The current number of inmates in isolation for suspected or confirmed COVID-19 infection; **0.**

- The number of staff who have informed MCC they tested positive for COVID-19 since the last report, and confirmation contact tracing investigations have been completed (or are underway) for each of them; **0.**

- Confirmation handwritten and electronic sick call requests are being reviewed daily and inmates are being timely scheduled for medical appointments based on medical need and staff resources; **yes, they have been reviewed by medical daily.**

- Confirmation hygiene and cleaning supplies have been distributed in all inmate units since the last report; **yes.**

- The number of MCC inmates released pursuant to: compassionate release, full term release, Good Conduct Time release, and MCC referrals to home confinement or a residential reentry center since the last report; **11.**

Cesar Fernandez-Rodriguez, et al. v. Marti Licon-Vitale
August 20, 2021
Page 2

- A redacted list of inmates who have been denied home confinement, and the justifications for those denials, since the last report; **since the last report, 21 inmates have been denied early releases under the CARES Act due to four being high risk; five being medium risk; four lacking release plans; two having detainers; four having sex offense criminal history; one having a history of violence; and one serving only one percentage of time served.**

The next update will be on September 24, 2021. I thank the Court for its time and attention to this significant matter.

Respectfully submitted,

R. Maldonado
Warden
MCC New York